GARY M. RESTAINO
United States Attorney
District of Arizona
DAVID A. PIMSNER
Assistant United States Attorney
Arizona State Bar No. 007480
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: david.pimsner@usdoj.gov
Attorneys for Plaintiff

**FILED**

2023 NOV 29  PM 2: 2∩

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.    CR-23-8132-PCT-JJT (MTM) |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO SEAL INDICTMENT** |
| Donald Day Jr., | **(Filed Under Seal)** |
| Defendant. | |

The United States of America, by and through counsel undersigned and pursuant to Fed.R.Crim.P. 6(e)(4), moves this Court for an Order sealing the Indictment and this motion and order filed in this matter until the arrest of the defendant.

It is not expected that excludable delay under 18 U.S.C. § 3161 will occur as a result of this motion or an order based thereon.

Respectfully submitted this 29th  day of November, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

DAVID A. PIMSNER
Assistant United States Attorney