GARY M. RESTAINO
United States Attorney
District of Arizona
DAVID A. PIMSNER
Assistant United States Attorney
Arizona State Bar No. 007480
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: david.pimsner@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Donald Day Jr.,<br><br>　　　　Defendant. | No.　CR-23-8132-PCT-JJT (MTM)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. § 875(c)<br>　　　(Interstate Threats)<br>　　　Counts 1-2<br><br>(UNDER SEAL) |

**THE GRAND JURY CHARGES:**

**INTRODUCTION**

At all relevant times:

1.　Defendant DONALD DAY JR. (DAY) lived in Heber, Arizona.

2.　YouTube is a global online video sharing service social media platform owned by Google LLC headquartered in Mountain View, California. BitChute is a peer-to-peer content sharing platform originating in the United Kingdom.

3.　DAY was active on the social media video platform, YouTube, under the username "Geronimo's Bones."

4.　DAY was active on the social media video platform, BitChute, under the

username "WEAREALLDEADASFUCK."

5. DAY posted videos of himself speaking on YouTube and also posted public comments in response to videos posted on various public YouTube channels since at least January 2022.

6. DAY also posted public comments in response to videos posted on various public BitChute sites since on or around June 2022.

7. Individual 1 and Individual 2 were Australian citizens. Individual 1 and Individual 2 were married and lived on a remote property located in Queensland, Australia.

8. Individual 3 was the brother of Individual 1 and was living on Individual 1 and Individual 2's property in or about December 2022.

9. Individual 1 and Individual 2 were active on the social media video platform, YouTube.

10. Individual 1 and Individual 2 posted videos of themselves on YouTube and also posted public comments in response to videos posted on various public YouTube channels. Individual 1 and Individual 2 often referred to themselves on YouTube as "Daniel" and "Jane."

11. DAY, Individual 1 and Individual 2 regularly commented on each other's videos on YouTube.

12. VICTIM 1, T. G., was the Director General of the World Health Organization.

13. The World Health Organization is a specialized agency of the United Nations responsible for international public health.

14. During the course of his duties, VICTIM 1 appeared in a video wherein he discussed the discovery of a new virus in Equatorial Guinea called Marburg which VICTIM 1 described as similar to Ebola with a high mortality rate. VICTIM 1 stated that there were currently no approved vaccines for the Marburg virus and few were in development.

15. Beginning on or before January 2022 and continuing to on or after February 2023, DAY engaged in a course of conduct demonstrating a desire to incite violence and threaten a variety of groups and individuals including law enforcement and government authorities.

16. DAY previously posted on BitChute a statement, "I'm an x-con, who's armed to the teeth." DAY previously acknowledged on YouTube that he owned firearms, to include a rifle and a shotgun.

## BACKGROUND

17. On December 12, 2022, four Queensland Police Service (QPS) officers visited Individual 1 and Individual 2's property in an attempt to locate Individual 3, in response to a missing person's report filed by Individual 3's wife several months earlier.

18. When the QPS officers walked towards Individual 1 and Individual 2's residence, Individual 1 and Individual 2 opened fire killing two QPS officers and wounding a third officer. When a neighbor came to investigate, he was also killed by Individual 1 and Individual 2.[1]

19. On December 12, 2022, after the murders of the QPS officers, Individual 1 and Individual 2 posted a video titled, "Don't Be Afraid" to their YouTube channel. In the video, which lasted 41 seconds, Individual 1 and Individual 2 filmed themselves in a dark setting and stated, "[t]hey came to kill us, and we killed them. If you don't defend yourself against these devils and demons, you're a coward. We'll see you when we get home. We'll see you at home, Don. Love you."

20. Soon thereafter, DAY posted a comment to the video "Don't Be Afraid" under the username "Geronimo's Bones." DAY stated, "[t]ruly, from my core, I so wish that I could be with you to do what I do best. I hate it, that I am unable to. What can I do? I tell you, family, that those bastards will regret that they ever fucked with us. Although I

---

[1] Individual 1 and Individual 2 were later were killed in a shootout with Australian tactical police.

- 3 -

1  cannot be there under my own power and will, the comfort and assurance that I can offer,
2  is that our enemies will become afraid of us. We are with you. We too, will never ever bow
3  to the scum which plagues us. It is rare for me to ask our Father for anything. Yet as soon
4  as I saw this comm, I did ask Him for something. Please, do what you must do, with
5  determination in your hand and fury in your bellies. Again, tell me that I can help you.
6  Anything that is within my range to do for you, I will not hesitate. We love you, we care
7  for you. -Don and Annie."

    21. On December 16, 2022, DAY posted a video titled, "Daniel and Jane" to his YouTube channel under username "Geronimo's Bones." In the video, DAY stated, "it breaks my fucking heart that there's nothing that I can do to help them. These are a people that are not armed, as we are in America, that at least have that one resort to fight against fucking tyrants in this country. And here, my brave brother and sister, a son and a daughter of the Most High have done exactly what they were supposed to do, and that is to kill these fucking devils."

    22. DAY then stated, "[w]ell, like my brother Daniel, like my sister Jane, it is no different for us. The devils come for us, they fucking die. It's just that simple. We are free people, We are owned by no one."

    23. DAY ended the video saying, "Daniel, Jane, if there's any way possible that you are receiving this comm, I am so sorry that I'm not there to fight with you, that there's no fucking way for me to be there, and I'm reduced to asking my Father to protect you, to look out for you without any expectation, but if you're already home, our heavenly home, hold a place for us because we'll be joining you soon enough."

    24. On December 16, 2022, DAY uploaded another video, titled "brother sister martyr" to his YouTube channel, "Geronimo's Bones." In the video, DAY said, "[o]ur brother Daniel and our sister Jane were harassed on a regular basis by authorities [DAY displayed two middle fingers while saying the word 'authorities'] in the province of Queensland to hand over his brother to them because his brother was on the verge of

revealing the extensive corruption which affected children." DAY further stated that Individual 1 and Individual 2 did "what they had to do" because they would not submit "to a monster, to an unlawful entity, to a demonic entity." DAY further stated, "Daniel and Jane did exactly what their Heavenly Father would have done in the same situation." Almost a minute later into the video, DAY stated, "This is me speaking into the ether, to bear witness before my heavily Father, with the witness of my wife that I am speaking the truth to this thing. And just so you know that that's the only language that evil ever respects, responds to or understands, and that is the language of virtuous violence. When these people in this box tell you violence isn't the answer...then what is? Voting? Praying? Really? What has either of them achieved for you?"

25. Through his course of conduct, DAY committed the following offenses:

## COUNT 1

### (Interstate Threat)

On or about December 16, 2022, in the District of Arizona, and elsewhere, the defendant, DONALD DAY JR., did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that is any law enforcement official who comes to DAY's residence, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, that is, DAY, in a video posted on YouTube stated, "[w]ell, like my brother Daniel, like my sister Jane, it is no different for us. The devils come for us, they fucking die. It's just that simple. We are free people, We are owned by no one."

All in violation of 18 U.S.C. § 875(c).

//

//

## COUNT 2

### (Interstate Threat)

In or around February 2023, in the District of Arizona, and elsewhere, the defendant, DONALD DAY JR., did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that is VICTIM 1, T.G., with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, that is, DAY, commented on a video, posted on BitChute, depicting VICTIM 1 and stating, "It is time to kill these monsters, and any who serve them. Where are my kind? Where are you? Am I the only one? Fuckin' hell!"

All in violation of 18 U.S.C. § 875(c).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: November 29, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
DAVID A. PIMSNER
Assistant U.S. Attorney