AO 442 (Rev. 11/11) Arrest Warrant

```
____ FILED      ____ LODGED
__X_ RECEIVED   ____ COPY

    DEC 0 4 2023

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.
Donald Day, Jr.

)
)
)
)
)
)
)

Case No. CR-23-8132-PCT-JJT

**SEALED**

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Donald Day, Jr.                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

  18:875(c) - Interstate Threats


                                                                    _____
                                                                    *Issuing officer's signature*

City and state:   Phoenix, Arizona                                  M. Pruneau, Deputy Clerk
cc: PTS                       ISSUED ON 10:59 am, Nov 30, 2023      *Printed name and title*
                              s/ Debra D. Lucas, Clerk

| Return |
|---|
| This warrant was received on *(date)* 11/30/2023 , and the person was arrested on *(date)* 12/01/2023 at *(city and state)* HEBER, AZ . |
| Date: 12/04/2023    BY: _____ *Arresting officer's signature*    F.B.I. *Printed name and title* |