JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

MARK RUMOLD, CA Bar #279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Donald Day, Jr.,<br><br>　　　　Defendant. | No. CR-23-08132-PCT-JJT<br><br>**MOTION TO EXTEND TIME<br>TO FILE DETENTION APPEAL** |

  Counsel for Mr. Day respectfully requests a 14-day extension of the time to seek reconsideration of the Detention Order, issued in this case on December 7, 2023. (Dkt No. 13). Good cause exists for the request as follows:

  The Federal Public Defender office was recently appointed to represent Mr. Day in this matter. Mr. Day was arrested on December 1, and he made his initial appearance in Flagstaff on December 4. (Dkt No. 9). A detention hearing was held on December 5, and Mr. Day was ordered detained on December 7. (Dkt. No. 13). Any appeal of that order would be due on December 21.

  At some point following his detention hearing, Mr. Day was transferred from federal detention in Flagstaff to the federal detention center in Florence. Because of this transfer and other logistical complications, to date, undersigned counsel has been unable to speak to his client. Additional time is therefore necessary to discuss the detention process with his client and to otherwise provide effective assistance to Mr. Day.

Counsel for Mr. Day contacted Assistant United States Attorney David Pimsner regarding this motion. Mr. Pimsner advised the government did not object to the motion.

For all these reasons, Mr. Day respectfully requests the time to file his detention appeal be extended for 14 days.

Respectfully submitted:    December 19, 2023.

JON M. SANDS
Federal Public Defender

*s/Mark Rumold*
MARK RUMOLD
Asst. Federal Public Defender