IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>　　vs.<br>Donald Day, Jr.,<br>　　　　Defendant | No. CR-23-08132-PCT-JJT<br>**ORDER** |

　　　　Upon motion of the defendant, and good cause appearing therefore,

　　　　IT IS HEREBY ORDERED setting a status conference to set a firm trial date on _____, 2024, at _____, before the Honorable Judge John J. Tuchi, Courtroom 505.