GARY M. RESTAINO
United States Attorney
District of Arizona
DAVID A. PIMSNER
Arizona State Bar No. 007480
ABBIE BROUGHTON MARSH
California State Bar No. 226680
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: David.Pimsner@usdoj.gov
Email: Abbie.Broughton.Marsh@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-08132-PCT-JJT |
|---|---|
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF PRETRIAL MOTIONS DEADLINE** |
| Donald Day Jr., | |
| Defendant. | |

The United States and Donald Day, Jr. through his undersigned counsel respectfully move this Court to extend the deadline for pretrial motions in this matter from May 6, 2024 (Doc. 42) to May 17, 2024.  A plea offer has been extended and the deadline for acceptance is May 17, 2024. An extension of the pretrial motion deadline will provide time for plea negotiations and should not interfere with the upcoming trial date as the Status Conference is set May 20, 2024.

Excludable delay under 18 U.S.C. § 3161(h) is not expected to occur.

RESPECTFULLY SUBMITTED this 1st day of May, 2024.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> *s/ Abbie Broughton Marsh*
> DAVID A. PIMSNER
> ABBIE BOUGHTON MARSH
> Assistant U.S. Attorneys
>
> *s/Mark Rumold (with permission)*
> MARK RUMOLD
> Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Mark Rumold
*Counsel for Donald Day Jr.*

*/s/ Eric Allen*
U.S. Attorney's Office