GARY M. RESTAINO
United States Attorney
District of Arizona
DAVID A. PIMSNER
Arizona State Bar No. 007480
ABBIE BROUGHTON MARSH
California State Bar No. 226680
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: David.Pimsner@usdoj.gov
Email: Abbie.Broughton.Marsh@usdoj.gov
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-08132-PCT-JJT |
| Plaintiff, | |
| vs. | **JOINT NOTICE FOR STATUS CONFERNCE** |
| Donald Day Jr., | |
| Defendant. | |

The United States and Donald Day, Jr. through his undersigned counsel respectfully make the following requests regarding a firm trial date in this matter:

1) The parties agree on a Prescott jury panel.

2) The parties request new pretrial motion deadline, expert notice deadline, motion in limine deadline, and final pretrial conference dates to correspond with a firm trial date.

*///*

3) The parties estimate a total trial length of 7 days (6 days for the United States and 1 day for Defense).

Excludable delay under 18 U.S.C. § 3161(h) is not expected to occur.

RESPECTFULLY SUBMITTED this 14th day of May, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Abbie Broughton Marsh*
DAVID A. PIMSNER
ABBIE BOUGHTON MARSH
Assistant U.S. Attorneys

*s/Mark Rumold (with permission)*
MARK RUMOLD
Counsel for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of May, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Mark Rumold
*Counsel for Donald Day Jr.*

*/s/ Eric Allen*
U.S. Attorney's Office