# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Donald Day, Jr.<br><br>   Defendant. | No. CR-23-8132-PCT-JJT<br><br>**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT**<br><br>**ENTRY OF NOT GUILTY PLEA**<br><br>**ACCEPTANCE OF WAIVER**<br><br>[RULE 10(B), Fed. R. Crim. P.] |

Defendant's attorney avows that counsel has discussed all the following with Defendant, and both Defendant and Defendant's attorney agree:

(1) Defendant's attorney has provided and reviewed with the Defendant a copy of the Indictment, Superseding Indictment, or Information;

(2) Defendant's attorney has explained to the Defendant the nature and substance of the charge(s), the maximum penalties applicable to the charge(s), and Defendant's constitutional rights;

(3) Defendant understands there is a right to appear personally at the arraignment to be advised of the charge(s). Defendant also understands that the execution of this waiver results in a waiver of the right to appear at the arraignment;

(4) Defendant's attorney is authorized to appear either telephonically or in person at the arraignment on behalf of the Defendant. Defendant's attorney shall enter a plea of not guilty at the arraignment on Defendant's behalf.

Date: May 15, 2024

_____
Attorney for Defendant

Defendant, having conferred with counsel, waives personal appearance and the reading of the Indictment at arraignment in this case. Defendant's true and correct name is listed in the Indictment/Information. Defendant understands the nature of the charge(s) and his constitutional rights. Defendant authorizes the entry of a not guilty plea on behalf of Defendant. Counsel may appear either telephonically or in person at Defendant's arraignment.

Date: May 16, 2024

_____
Defendant

The Court accepts "Waiver of Defendant's Appearance at Arraignment" and enters a plea of "Not Guilty" for the Defendant.

Date: 5-17-24

_____
United States Magistrate Judge
JOHN BOYLE

**This completed form must be submitted at least three business days prior to the Arraignment, and an Acknowledgment form must be filed within 15 days after the arraignment.**

- 2 -