JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

MARK RUMOLD, Cal. Bar #279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>    vs.<br><br>Donald Day, Jr.,<br><br>             Defendant. | CR-23-08132-PCT-JJT<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S SECOND MOTION TO DISMISS (Dkt 41).** |

Defendant Donald Day, Jr., through undersigned counsel, respectfully provides the Court notice of the Ninth Circuit's recent decision in *United States v. Duarte*, No. 22-50048 (attached as Ex. 1), issued on May 9, 2024.

In *Duarte*, the Ninth Circuit concluded that 18 U.S.C. § 922(g)(1) violates the Second Amendment as applied to Mr. Duarte, an individual convicted of five prior felonies.

*Duarte* is the latest in a series of decisions to recognize that § 922(g)(1) is unconstitutional, either on its face or as applied to specific defendants. *See, e.g.*, *Range v. Att'y Gen.*, 69 F.4th 96 (3d Cir. 2023) (en banc); *United States v. Bullock*, __ F. Supp. 3d __, No. 3:18-cr-165, 2023 WL 4232309 (S.D. Miss. June 28, 2023); *United States v. Neal*, __ F. Supp. 3d __, No. 20-CR-335 (N.D. Ill. Feb. 7, 2024); *United States v.*

*Prince*, __ F. Supp. 3d __, No. 22-CR-240 (N.D. Ill. Nov. 2, 2023); *Williams v. Garland*, __ F. Supp. 3d __, No. 17-cv-2641 (E.D. Pa. Nov. 14, 2023); *United States v. Williams*, __ F. Supp. 3d __, No. 23-cr-20201 (E.D. Mich. Feb. 22, 2024); *United States v. Harper*, __ F. Supp. 3d __, No. 21-cr-0236 (M.D. Pa. Sep. 1, 2023); *United States v. Hostettler*, __ F. Supp. 3d __, No. 23-cr-00654 (N.D. Oh. Apr. 10, 2024); *United States v. Jacobs*, __ F. Supp. 3d __, No. 23-cr-79 (N.D. W. Va. Apr. 18, 2024); *United States v. Jones*, __ F. Supp. 3d __, No. 23-cr-74 (S.D. Miss. Jan. 8, 2024); *United States v. LeBlanc*, __ F. Supp. 3d __, No. 23-cr-00045 (M.D. La. Dec. 19, 2023); *United States v. Quailes*, __ F. Supp. 3d __, No. 21-cr-0176 (M.D. Pa. Aug. 22, 2023); *United States v. Raphael Williams*, __ F. Supp. 3d __, No. 23-cr-20199 (E.D. Mich. Apr. 30, 2024); *United States v. Taylor*, __ F. Supp. 3d __, No. 23-cr-40001 (S.D. Ill. Jan. 22, 2024); *United States v. Forbis*, __ F. Supp. 3d __, No. 23-cr-133 (N.D. Okla. Aug. 17, 2023); *United States v. Griffin*, __ F. Supp. 3d __, No. 21-cr-00693 (N.D. Ill. Nov. 30, 2023); *see also Linton v. Bonta*, __ F. Supp. 3d __, No. 18-cv-07653 (N.D. Cal. Feb. 28, 2024) (striking down similar state ban).

Unlike those other decisions, however, *Duarte* is controlling authority here.

In its decision, the Ninth Circuit recognized—as Mr. Day has argued, *see* Reply at 2-3 (Dkt. 55)—that the Supreme Court's decision in *Bruen* abrogated prior Circuit precedent, *United States v. Vongxay*, upholding § 922(g)(1). *See* Opinion at 8-22. *Duarte* likewise recognized that the Second Amendment's plain language encompasses the conduct at issue here—an individual (even one convicted of prior felonies) possessing firearms for purposes of self-defense. *See* Opinion at 22-33. And *Duarte* rejected the claim that, given Mr. Duarte's prior felony convictions, a categorical, lifetime ban on the possession of firearms worked by § 922(g)(1) is supported by a "distinctly similar" historical analogue. *See* Opinion at 35-63.

*Duarte* therefore compels the dismissal of Count 3. In this case, Mr. Day is accused of possessing guns and ammunition, at his home, for purposes of self-defense. The

government alleges Mr. Day has prior felony convictions—the most recent of which is 34 years old. But in the decades since, Mr. Day has had no subsequent arrests or convictions. The government has not offered a "distinctly similar" historical analogue to justify the lifetime ban on the possession of firearms it seeks to enforce here.

Accordingly, Court 3 should be dismissed.

Respectfully submitted:   May 17, 2024.

JON M. SANDS
Federal Public Defender

 /s/ *Mark Rumold*
Mark Rumold
Asst. Federal Public Defender