# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Donald Day, Jr.,<br><br>　　　　　　　Defendants. | No. CR-23-08132-PCT-JJT<br><br>**ORDER SETTING FINAL PRETRIAL CONFERENCE (CRIMINAL)** |

**A Final Pretrial Conference has been set for 10/2/2024 at 9:00 a.m.**

**IT IS ORDERED** that the parties shall file a Notice of Joint Proposed Juror Prescreening Questionnaire Questions (without duplicating those already included in the Judge's Standard Questions) **by 6/17/2024**. [See Judge Tuchi's Standard Prescreening Jury Questionnaire on the Court's website: www.azd.uscourts.gov > Judge's Information > Order, Forms and Procedures.] The parties shall e-mail the Joint Proposed Prescreening Questionnaire Questions in Microsoft Word format to the Chambers mailbox at tuchi_chambers@azd.uscourts.gov.

**IT IS FURTHER ORDERED** that the parties shall file with the Clerk of the Court the following documents **by no later than 9/25/2024**[1]:

　　(1)　Joint statement of the case,

　　(2)　Joint witness list,

---

[1] A copy of the documents shall be delivered to the Court and shall be three-hole punched on the left side of the page.

(3) Joint voir dire questions,

(4) Joint jury instructions

(5) Joint verdict form,

(6) Motions in limine,

(7) Any other pretrial motions.

Responses to motions in limine and other pretrial motions shall be filed with the Clerk of the Court **three (3) business days** before the Final Pretrial Conference. No Replies shall be filed.

**IT IS FURTHER ORDERED** that the attorneys who will be responsible for the trial, as well as the Defendants, shall attend the Final Pretrial Conference. Counsel shall be prepared to discuss each of the items set forth above, as well as the following:

(8) Trial schedule,

(9) Voir dire procedures,

(10) Number of witnesses,

(11) Number of exhibits,

(12) Marking of exhibits and copies for the court,

(13) Special equipment needs,

(14) Need for an interpreter.

**IT IS FURTHER ORDERED** that the parties shall submit their proposed voir dire questions, joint witness list, joint statement of the case, verdict form and jury instructions to the Court in Word format by email to tuchi_chambers@azd.uscourts.gov at the time they are filed.

**IT IS FURTHER ORDERED** that the parties shall promptly notify the Court if settlement is reached.

**IT IS FURTHER ORDERED** that counsel shall review Judge Tuchi's statements of 1) Courtroom Protocol and 2) Trial Conduct and Decorum before the Final Pretrial Conference. A copy can be found on the Court's website at www.azd.uscourts.gov under

Judges' Information and Orders, Forms and Procedures.

Dated this 20th day of May, 2024.

                              _____
                              Honorable John J. Tuchi
                              United States District Judge