IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>vs.<br><br>Donald Day, Jr.,<br><br>           Defendant | No. 23-08132-PCT-JJT<br><br>**DEFENDANT'S NOTICE AND ACKNOWLEDGMENT OF TRIAL DATE** |

       I, Donald Day, Jr., having waived my personal and physical appearance in the District Court for my arraignment, understand that a trial date in my case was set for October 22, 2024; that at the time of the arraignment, pleas of not guilty were entered on my behalf; and that I am required to personally and physically appear in the United States District Court for the District of Arizona in Phoenix, Arizona on October 22, 2024, Courtroom Number 505 at 9:00 a.m. for my trial before the Honorable John J. Tuchi, United States District Judge.

   May 30, 2024  
DATE                                                     Defendant's Signature

                                                           Donald Day  
                                                          Defendant's Printed Name