# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-08132-001-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Donald Day, Jr., | |
| Defendant. | |

The Court has considered the parties' Joint Jury Questionnaire Proposed Questions (Doc. 83), and rules as follows:

The Court accepts the jointly proposed changes to or deletions of standard questions 40, 41, 46, 47, 49, 50, and 53.

The Court accepts the parties' joint modifications to Question 61, with its own addition. The parties' jointly proposed parenthetical found at Page 1 line 27 of Doc. 83 shall read "(excluding Thursday October 24, the intervening weekend of October 26-27, and Monday October 28)".

The Court accepts the parties stipulated proposed questions 62 through 66, and will place them before the hardship question denominated 61.

The Court will sustain Defendant's Objection to the Government's proposed case description. The case description shall read as follows: "This is a federal criminal case. The Defendant has been charged in an Indictment with five counts of making unlawful threats and unlawful possession of firearms and ammunition. The Defendant has pleaded not guilty

to the charges and is presumed innocent unless and until proven guilty beyond a reasonable doubt."

The Court will sustain Defendant's objection to revelation at this juncture of the Defendant's name so that the Court can control through preliminary instructions for the risk of potential or actual jurors conducting internet or other research. It will strike standard Question 23 in this case.

The Court will overrule Defendant's Objection to the Government's proposed addition to standard question 41.

The Court will overrule Defendant's Objections to the Government's proposed new Questions 1 through 5, as well as 7, 8, and 10 through 12 and they will be included.

The Court will sustain Defendant's Objection to Government's proposed new Questions 6 and 9.

The Court will allow Defendant's proposed new Question 1 with the Government's proposed addition. The Question will read as follows: "Are you a strong supporter of vaccine mandates? Yes___ No____ Are you a strong opponent of vaccine mandates? Yes___ No ____

The Court will allow Defendant's proposed new Question 2 with the Government's proposed addition. The Question will read as follows: "Are you a strong supporter of the World Health Organization? Yes___ No____ Are you a strong opponent of the World Health Organization? Yes___ No ____

Dated this 25th day of June, 2024.

Honorable John J. Tuchi
United States District Judge