JON M. SANDS
Federal Public Defender
District of Arizona
250 N. 7th Avenue, Suite 600
Phoenix, Arizona 85007
Telephone: 602-382-2700

MARK RUMOLD
Cal. Bar #279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-23-08132-PCT-JJT |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE TO THE COURT RE: DEFENDANT'S MOTION TO STAY ORDER PERMITTING GOVERNMENT TO OBTAIN FINGERPRINTS** |
| Donald Day, Jr., | |
| Defendant. | |

Defendant Donald Day, Jr., through undersigned counsel, respectfully provides the Court notice of the following:

On November 14, 2024, Mr. Day sought an emergency order from the Court to, essentially, prevent the government from transporting him to Tucson for fingerprinting. (Dkt 93). The basis for the motion was that, because of a longstanding medical issue which makes transportation particularly fraught, Mr. Day requested the fingerprinting occur in Florence.

A hearing was held on November 18, 2024, concerning the motion. (Dkt. 96). The Court determined Mr. Day should not be transported to Tucson, and instead ordered that the fingerprinting occur in Florence on another date selected by the parties.

On November 15, 2024, despite the hearing and the Court's order, Mr. Day was transported to Tucson.

Mr. Day's transportation to Tucson needlessly subjected him to pain and, likely, embarrassment. It has also substantially interfered with the attorney-client relationship.

* * *

For this reason (in addition to Mr. Day's other ongoing health conditions), the defense anticipates—after an opportunity to further consult with Mr. Day— requesting that detention in this matter be reopened.

Respectfully submitted:   November 22, 2024.

JON M. SANDS
Federal Public Defender

 /s/ *Mark Rumold*
Mark Rumold
Asst. Federal Public Defender

*/ny*