# Exhibit A

| | |
|---|---|
| **From:** | Broughton Marsh, Abbie (USAAZ) |
| **To:** | Contreras, Mayra (USMS); Pimsner, David (USAAZ); Gloeckner, Michael (USMS) |
| **Cc:** | Phillips, Thomas Griffin (PX) (FBI); Schmitt, Holly (PX) (FBI); Bilenko-Sonenberg, Helen (USMS) |
| **Subject:** | RE: Donald Day Jr. 89549-510 |
| **Date:** | Monday, November 18, 2024 2:50:00 PM |

The court canceled the fingerprint hearing, please cancel the transport.

Thank you,

Abbie Marsh

**From:** Broughton Marsh, Abbie (USAAZ)
**Sent:** Friday, November 15, 2024 1:55 PM
**To:** Contreras, Mayra (USMS) <Mayra.Contreras@usdoj.gov>; Pimsner, David (USAAZ) <DPimsner@usa.doj.gov>; Gloeckner, Michael (USMS) <Michael.Gloeckner@usdoj.gov>
**Cc:** Phillips, Thomas Griffin (PX) (FBI) <TGPHILLIPS@fbi.gov>; Schmitt, Holly (PX) (FBI) <HSCHMITT@fbi.gov>; Bilenko-Sonenberg, Helen (USMS) <Helen.Bilenko-Sonenberg@usdoj.gov>
**Subject:** RE: Donald Day Jr. 89549-510

Hello Ms. Contreras,

I wanted to follow up on this transportation request to confirm that Donald Day is scheduled for transport from CCA to Tucson 11/19 to be fingerprinted at 10 am. Can you please confirm?

Thank you,


Abbie Broughton Marsh
Assistant United States Attorney
National Security Section
United States Attorney's Office, District of Arizona
Abbie.broughton.marsh@usdoj.gov
d-(602) 514-7541
c-(602) 397-6834


**From:** Contreras, Mayra (USMS) <Mayra.Contreras@usdoj.gov>
**Sent:** Thursday, October 17, 2024 11:05 AM
**To:** Pimsner, David (USAAZ) <DPimsner@usa.doj.gov>; Gloeckner, Michael (USMS) <Michael.Gloeckner@usdoj.gov>
**Cc:** Phillips, Thomas Griffin (PX) (FBI) <TGPHILLIPS@fbi.gov>; Broughton Marsh, Abbie (USAAZ) <ABroughtonMarsh@usa.doj.gov>; Schmitt, Holly (PX) (FBI) <HSCHMITT@fbi.gov>; Bilenko-Sonenberg, Helen (USMS) <Helen.Bilenko-Sonenberg@usdoj.gov>

**Subject:** RE: Donald Day Jr. 89549-510

Good morning,

We can have him scheduled for transport to the Tucson courthouse. Just advise what day would work best for you and the fingerprint expert and also provide the court order so that we can place it on the calendar.

Respectfully,

Mayra J. Contreras
U.S. Marshals Service
(D) 602-761-2651
(M) 915-892-9811

---

**From:** Pimsner, David (USAAZ) <DPimsner@usa.doj.gov>
**Sent:** Thursday, October 17, 2024 10:57 AM
**To:** Gloeckner, Michael (USMS) <Michael.Gloeckner@usdoj.gov>; Contreras, Mayra (USMS) <Mayra.Contreras@usdoj.gov>
**Cc:** Phillips, Thomas Griffin (PX) (FBI) <TGPHILLIPS@fbi.gov>; Broughton Marsh, Abbie (USAAZ) <ABroughtonMarsh@usa.doj.gov>; Schmitt, Holly (PX) (FBI) <HSCHMITT@fbi.gov>
**Subject:** Donald Day Jr. 89549-510

We received a court order to take a new set of fingerprints of inmate Donald Day.  Is it possible to have him transported to the Tucson Courthouse so our fingerprint expert can be the one who takes the prints?  Or in the alternative, the Phoenix courthouse?  Please advise, thank you.

**David A. Pimsner**
Assistant U.S. Attorney
National Security Section
District of Arizona
(602) 514-7512