# Exhibit B

| | |
|---|---|
| **From:** | Broughton Marsh, Abbie (USAAZ) |
| **To:** | Mark Rumold |
| **Cc:** | Pimsner, David (USAAZ) |
| **Subject:** | Day |
| **Date:** | Tuesday, November 19, 2024 11:00:00 AM |

Hi Mark,

Despite me emailing after the hearing to cancel the transport, I got a call this morning informing me that Day was in fact transported to Tucson this morning. The Supervisory DUSM I spoke to told me I had emailed the right person, but somehow, he was on the list. I wanted to make sure you knew.

Thanks,

Abbie