JON M. SANDS
Federal Public Defender
District of Arizona
250 N. 7th Ave., Suite 600
Phoenix, AZ 85007
Telephone: 602-382-2700

Jami Johnson, NY #04823373
Assistant Federal Public Defender
Attorneys for Defendant
jami_johnson@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Donald Day, Jr.,<br><br>　　　　Defendant. | No. CR-23-08132-PCT-JJT<br><br>**NOTICE OF APPEARANCE<br>AS CO-COUNSEL** |

NOTICE is hereby given, in accordance with Criminal Local Rule 57.14 and Civil Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court of Arizona, that Assistant Federal Public Defender Jami Johnson is added as co-counsel with Assistant Federal Public Defender Mark Rumold, as attorneys for the Defendant.

　　　　Respectfully submitted: January 21, 2025.

　　　　　　　　　　　　　　　　JON M. SANDS
　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　*s/Jami Johnson*
　　　　　　　　　　　　　　　　JAMI JOHNSON
　　　　　　　　　　　　　　　　Asst. Federal Public Defender