JON M. SANDS
Federal Public Defender
District of Arizona
250 N. 7th Avenue, Suite 600
Phoenix, Arizona 85007
Telephone: 602-382-2700

MARK RUMOLD
CA Bar #279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | Case No. CR-23-8132-PCT-JJT |
|---|---|
| Plaintiff, | **NOTICE TO WITHDRAW DOCUMENTS** |
| vs. | |
| Donald Day Jr., | |
| Defendant | |

       Donald Day Jr., through undersigned counsel, moves this Court to withdraw the previously filed Motion filed on February 25, 2025, Dkt. #116. The filing of this motion was filed erroneously.

       Respectfully submitted: February 25, 2025.

                                    JON M. SANDS
                                    Federal Public Defender


                                    *s/Mark Rumold*
                                    MARK RUMOLD
                                    Asst. Federal Public Defender