```
TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DAVID A. PIMSNER
Arizona State Bar No. 007480
ABBIE S. BROUGHTON
California State Bar No. 226680
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: david.pimsner@usdoj.gov
 Email: Abbie.Broughton@usdoj.gov
Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-08132-JJT |
|---|---|
| Plaintiff, | **NOTICE OF** |
| vs. | **COUNSEL NAME CHANGE** |
| Donald Day, Jr., | |
| Defendant. | |

NOTICE is hereby given, in accordance with Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney Abbie Broughton Marsh has changed her name to Abbie Broughton.

Respectfully submitted this 5th day of March, 2025.

```
                              TIMOTHY COURCHAINE
                              United States Attorney
                              District of Arizona

                               s/Abbie S. Broughton
                              ABBIE S. BROUGHTON
                              DAVID A. PIMSNER
                              Assistant U.S. Attorneys
```

# CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Jami Johnson
Mark Thomas Rumold
Attorneys for Defendant

_s/ Alexandria Gaulin_
U.S. Attorney's Office