

# QUEENSLAND POLICE SERVICE

# STATEMENT OF WITNESS



PFS 26. v12, 04/18

| Occurrence No: | QP2202133742 | | |
|---|---|---|---|
| Forensic Register No.: | FR2175210 | Date: | 27/02/2024 |

**Statement of**

| Name of Witness | S/Con Stewart COSTELLO | Employee No. | 4038205 | Contact No. | 33644407 |
|---|---|---|---|---|---|
| Station | Electronic Evidence Unit | Position | Digital Forensic Analyst | | |
| Address | Lvl 3, 200 Roma Street, Brisbane | Region | OSC | | |

***Queensland Police Service (QPS) Acknowledgement***

*The QPS acknowledges that in giving this evidence in the prosecution of Donald Day Jr in the Federal District Court in Arizona, USA, Stewart Costello may be compelled by the Court to answer questions which may disclose protected methodologies or identities. The QPS is aware of, and have assessed the risk, prior to providing this acknowledgment.*

*The QPS Legal Services will make all reasonable attempts to continue to liaise with the United States prosecution team in advance of the trial in an effort to minimise such sensitive evidence being publicly aired (for example, through the process of the prosecution objecting to questions on the basis of relevance/irrelevance).*

Stewart COSTELLO states:

1. I am a Senior Constable of Police currently performing duties as a Digital Forensic Analyst at Police Headquarters in Brisbane.

2. I've been a police officer for 6 years and I have over 20 years of professional and personal experience in information technology prior to becoming a police officer.

This is Page 1 of a Statement comprising 3 Page(s).

Witness _____

| Continued statement of | S/Con Stewart COSTELLO | Occ. No: QP2202133742 | Case File/FR No: FR2175210 |

3. I am a Cellebrite Certified Operator (CCO), Cellebrite Certified Physical Analyst (CCPA) and a Queensland Police qualified Cellebrite Advanced User.

4. On 12 December 2022 Operation Uniform Cavan was commenced into the investigation of the murder of two Queensland Police Officers (Constable Rachel McCrow and Constable Matthew Arnold), civilian Alan Dare and three deaths in a police operation (Nathaniel, Gareth and Stacey Train) at Wieambilla, Queensland, Australia. This remains an ongoing coronial investigation in Queensland, Australia. I know the above persons only through my involvement with Operation Uniform Cavan.

5. Between the 16th of December and 19th of December 2022, I assisted with the investigation of Operation Uniform Cavan (QP2202133742 / FR2175210 refers). This action referred to a request for the examination of electronic devices in relation to this investigation, specifically three mobile phones.

6. I conducted examinations on the following exhibits (refer Table 1 below):

Table 1 – Exhibit list

| Exhibit Description | Property Number | Issued Forensic Barcode |
|---|---|---|
| Apple iPhone 7 | P2200458666 | 1095073568 |
| Apple iPhone SE | P2200458662 | 1095659610 |
| Apple iPhone 7 | P2200458677 | 1093185497 |

7. After exhibit Apple iPhone 7 (#1095073568) was successfully unlocked, I commenced a data extraction using a forensic process. From the data extracted I created a report using Cellebrite Physical Analyzer Software v7.55.0.21

8. After exhibit Apple iPhone SE (#1095659610) was successfully unlocked, I commenced a data extraction using a forensic process. From the data extracted I created a report using Cellebrite Physical Analyzer Software v7.55.0.21

This is Page 2 of a Statement comprising 3 pages.

Witness

PFS 26, v12, 04/18

Continued statement of   S/Con Stewart COSTELLO     Occ. No:   QP2202133742     Case File/FR No:   FR2175210

9. After exhibit Apple iPhone 7 (#1093185497) was successfully unlocked, I commenced a data extraction using a forensic process. From the data extracted I created a report using Cellebrite Physical Analyzer Software v7.55.0.21

10. I uploaded this data to the Investigation & Review of Electronic-evidence System (IRES) and Cellebrite Pathfinder for the investigating officer to view.

11. On completion of these actions, I returned the evidence items to the Electronic Evidence Unity property point.

12. I had no further dealings with this matter.

..............................
Stew Costello

Senior Constable, 4038205

---

### Justices Act 1886

I acknowledge by virtue of section 110A(6C)(c) of the Justices Act 1886 that:

(1) This written statement by me dated 27/02/2024 and contained in the pages numbered 1 to 3 is true to the best of my knowledge and belief; and

(2) I make this statement knowing that, if it were admitted as evidence, I may be liable to prosecution for stating in it anything that I know is false.

............................................................................Signature

Signed at Brisbane this 27th Day of February 2024.

---

PFS 26, v12, 04/18

This is Page 3 of a Statement comprising 3 pages.

Witness ..................