

# QUEENSLAND POLICE SERVICE
## STATEMENT OF WITNESS



QP 0125A
05/22
A5

| | | | | |
|---|---|---|---|---|
| Occurrence #: | | | QP2202133742 | |
| Statement no.: | 1 | | Date: | 20/02/2024 |

**Statement of**

| | | | | |
|---|---|---|---|---|
| Name of witness: | GIBB Steven | | | |
| Date of birth: | | Age: | Occupation: | Police Officer |

**Police officer taking statement**

| | | | | |
|---|---|---|---|---|
| Name: | GIBB Steven | | | |
| Rank: | Detective Senior Constable | | Reg. no.: | 4028324 |
| Region/Command/Division: | Security Counter Terrorism Command | | Station: | Counter Terrorism Investigations Group |

**Statement:**

**Queensland Police Service (QPS) Acknowledgement**

The QPS acknowledges that in giving his evidence in the prosecution of Donal Day Jr in the Federal District Court in Arizona, USA, Steven GIBB may be compelled by the Court to answer questions which may disclose protected methodologies or identities. The QPS is aware of, and have assessed the risk, prior to providing this acknowledgment.

The QPS Legal Services will make all reasonable attempts to continue to liaise with the United States prosecution team in advance of trial in an effort to minimise such sensitive evidence being publicly aired (for example through the process of the prosecution objecting to questions on the basis of relevance/irrelevance).

Steven Gibb states:

1. I am a Detective Senior Constable in the Security Investigations Team attached to the Counter Terrorism Investigations Group, Queensland Police Service (**QPS**).

2. I have been a police officer with the QPS since 2011, and have been in my current position for two years.

3. My other qualifications include a Bachelor of Arts (majoring in History and Peace and Conflict Studies).

4. In my current role, my duties include conducting investigations into persons who hold violent ideologies and persons who represent security threats to the state of Queensland.

_(Witness's signature)_   _(Justice of the Peace (Qual.)/ Commissioner for Declarations' signature)_   _(Signature of police officer preparing statement)_

CONTINUED STATEMENT OF: **GIBB**, Steven

5. On 12 December 2022, Operation Uniform Cavan was commenced to investigate the murder of two QPS officers (Constable Rachel McCrow (**Const McCrow**) and Constable Matthew Arnold (**Const Arnold**)), civilian Alan Dare and three deaths in a police operation (Nathaniel, Gareth and Stacey Train) at Wieambilla, Queensland, Australia. There remains an ongoing coronial investigation in relation to this incident.

6. I knew Const McCrow and Const Arnold. I met them both briefly in June 2022 when they assisted me and other officers with an unrelated investigation in the vicinity of Tara, Queensland.

7. I did not know Alan Dare.

8. I did not know Stacey Jane TRAIN (DOB: 21 July 1977), Gareth Daniel TRAIN (DOB: 18 February 1975) or Nathaniel Charles TRAIN (DOB: 21 May 1976).

9. In February 2023 I commenced full time duties in the Operation Uniform Cavan Investigation Centre as an Investigator. I worked in the investigation centre full time for a period of six months until July 2023. Since July 2023 I have continued to be involved in Operation Uniform Cavan, in addition to my other duties.

10. Another Investigator and I were attached to Operation Uniform Cavan to provide assistance to the Ethical Standards Command (**ESC**) led investigation. Our duties as part of Operation Uniform Cavan were two-fold. We provided specialist assistance and advice to ESC investigators about ideological matters identified in the investigation. We also conducted an investigation to establish if there was any residual risk to the community from associates of the offenders at Wieambilla.

11. As part of my duties in Operation Uniform Cavan, I became privy to various information related to the online activities of Stacey, Gareth and Nathaniel TRAIN. This information included the following:

12. Gareth TRAIN posted online regularly from 2020 onwards. Gareth TRAIN first registered a YouTube account with the username 'Texas BBQ' around May 2021. The username of this account was later changed to '@DanielYugiGirawil' around 27 November 2021. Gareth TRAIN's YouTube account was suspended by YouTube in May 2022. Gareth referred to himself as 'Daniel' in his YouTube comments and videos.

13. Gareth TRAIN's YouTube account initially received email notifications from YouTube to the email account of 'train@bigpond.com'. Such notifications were received when another YouTube user interacted with their content. The email address was changed to 'yugigirawil@gmail.com' in around April 2022. After that point all email notifications were sent to the Gmail account.

_____        _____        _____
(Witness's signature)        (Justice of the Peace (Qual.)/        (Signature of police officer
                             Commissioner for Declarations' signature)        preparing statement)

QP 0125A Statement of Witness Justices Act Acknowledgement                                Page 2 of 4

DAY_003663

CONTINUED STATEMENT OF: **GIBB, Steven**

14. References to Gareth TRAIN's YouTube account, and the two email addresses ('yugigirawil@gmail.com' and 'train@bigpond.com') attributed to Gareth TRAIN were identified through the review of electronic devices seized from the crime scene at Wieambilla, Queensland by other officers involved in Operation Uniform Cavan.

15. Stacey TRAIN posted on YouTube and did not have any other social media accounts. Stacey TRAIN first registered her YouTube account around June 2022, after Gareth TRAIN's YouTube account ('@DanielYugiGirawil') was suspended by YouTube in May 2022. Stacey TRAIN utilised the YouTube handle 'mrs yugi girawil' and referred to herself online as 'Jane'. Stacey received email notifications from YouTube to the email account 'mrsyugigirawil@gmail.com.'

16. References to Stacey TRAIN's YouTube account and email address were identified through the review of electronic devices seized from the crime scene at Wieambilla, Queensland by other officers involved in Operation Uniform Cavan. Videos posted to the YouTube account 'mrs yugi girawil' were also recovered from those same devices.

17. Nathaniel TRAIN did not have any social media accounts and did not appear to be active on social media.

18. I know of United States of America based individuals Donald DAY Jr (DOB: 6 January 1965) and Sabrina Elizabeth SPIRES (DOB: 8 October 1987) through my involvement with Operation Uniform Cavan.

19. During my involvement in Operation Uniform Cavan, I became aware that Gareth TRAIN and Stacey TRAIN utilised YouTube to communicate with two individuals based in the United States of America. Those individuals were Donald DAY Jr and Sabrina Elizabeth SPIRES. Donald DAY Jr and Sabrina SPIRES communicated with Gareth and Stacey TRAIN using the YouTube account 'Geronimo's Bones'. Donald DAY Jr utilised the online name of 'Don' and Sabrina SPIRES used the online name of 'Annie'.

20. During my involvement in Operation Uniform Cavan I became aware that Donald DAY Jr had an older YouTube account with handle 'Joe Mama'. Videos were posted to that account throughout 2014.

21. My duties in the Operation Uniform Cavan investigation centre included conducting reviews of electronic devices seized from the Wieambilla crime scene. I also conducted reviews of email accounts and social media accounts and posts linked to Gareth, Nathaniel and Stacey TRAIN.

**Review of electronic devices**

22. Electronic devices which are seized from a crime scene are usually transferred to members attached to the QPS Electronic Evidence Unit. Those members then conduct forensic digital downloads of the devices, and also conduct forensic digital cloud extractions of email addresses linked to the

_____    _____    _____
(Witness's signature)            (Justice of the Peace (Qual.)/   (Signature of police officer
                                 Commissioner for Declarations' signature)   preparing statement)

DAY_003664

CONTINUED STATEMENT OF: **GIBB**, **Steven**

    electronic devices. The evidentiary copies of those forensic extractions are subsequently loaded into a secure file server that logs all usage in and out, and prevents changing the data in any way.

23. It is my understanding that this process was followed in relation to the electronic devices detailed below, which were seized in relation to Operation Uniform Cavan.

24. In February 2024 I accessed the secure file server containing the evidentiary copies of the Operation Uniform Cavan digital exhibits. I then conducted an evidentiary review of the forensic extraction of telecommunications device allocated IMEI 356608081633943. The device had a device name of 'Train's iPhone'. This device was referred to as 'Gareth Train iPhone SE' within the forensic examination software. This device was allocated the property tag number of P2200458662.

25. I reviewed the content of the device and I tagged content relevant to Donald Day Jr and Sabrina Spires.

**I AM ABLE TO PRODUCE TO THE COURT A REPORT TITLED GARETH TRAIN iPHONE SE IMEI 356608081633943 THAT I HAVE REFERRED TO IN MY EVIDENCE.**

26. In February 2024 I accessed the secure file server containing the evidentiary copies of the Operation Uniform Cavan digital exhibits. I then conducted an evidentiary review of the forensic cloud extraction of email account 'train@bigpond.com'. This forensic extraction had the Identifying number 44FE4216ED9442EDBB0A86325AE0DC75. I then tagged content relevant to Donald Day Jr and Sabrina Spires.

**I AM ABLE TO PRODUCE TO THE COURT A REPORT TITLED TRAIN@BIGPOND.COM THAT I HAVE REFERRED TO IN MY EVIDENCE.**

27. I subsequently completed this statement.

---

*Justices Act 1886*

I acknowledge by virtue of section 110A(6C)(c) of the *Justices Act 1886* that:

(1) This written statement by me dated **20/02/2024** and contained in the pages numbered 1 to 4 is true to the best of my knowledge and belief; and

(2) I make this statement knowing that I may be liable to prosecution for stating in it anything that I know is false

_____ Signature

Signed at    **Brisbane**    this _26th_ day of _February_, _2024_
           (place)                   (day)    (month)    (year)

_____    _____    _____
(Witness's signature)    (Justice of the Peace (Qual.)/    (Signature of police officer
                Commissioner for Declarations' signature)    preparing statement)

DAY_003665