


**QUEENSLAND POLICE SERVICE**

**STATEMENT OF WITNESS**

QP 0125A
05/22
A5

Occurrence #: **QP2202133742**

Statement no.: _____    Date: **22/02/2024**

**Statement of**

Name of witness: **GLEESON Kirsty Maree**

Date of birth: **30/04/1978**    Age: **45**    Occupation: **Police Officer**

**Police officer taking statement**

Name: **SELF**

Rank: **Senior Sergeant**    Reg. no.: **4012027**

Region/Command/Division: **Southern Region**    Station: **Forensic**

**Statement:**

**Role and experience**

1. I am a Senior Sergeant of the Queensland Police Service (**QPS**), performing the role of the Forensic Coordinator for the Southern Region. The role of a Forensic Coordinator is to attend, plan, coordinate and manage the multidiscipline forensic response to major incidents to ensure investigative priorities are met in compliance with the QPS Forensic Service Quality System.

2. I have been a police officer since 1999 and commenced as a scenes of crime officer with the QPS in 2003. In 2023 I was promoted to my current position. I am stationed at the Toowoomba Police Station complex.

3. I hold a Bachelor of Applied Science (majoring in microbiology and biochemistry) from the Queensland University of Technology. I also hold the following qualifications:

    - Bachelor of Legal and Professional Studies from Southern Cross University
    - Diploma of Public Safety (Forensic Investigations) – QPS
    - Diploma of Public Safety (Policing) – QPS
    - Cert IV Training and Assessment – First Choice Training.

4. As a Forensic Coordinator, my role is to coordinate the forensic examination of the scene to ensure forensic evidence pertinent to the investigation is detected, collected, and later examined by a series of qualified forensic officers and experts. I do this by:
    - gaining an overall appreciation of the scene;
    - liaising with investigators;
    - formulating a forensic examination plan in consultation with experts; and

(Witness's signature)    (Justice of the Peace (Qual.)/    (Signature of police officer
                         Commissioner for Declarations'     preparing statement)
                         signature)

Bernier Whitney
Registrar
Melbourne Magistrates' Court

THE ADDRESS OF THE
MELBOURNE MAGISTRATES' COURT IS
233 WILLIAM STREET, MELBOURNE

QP 0125A Statement of Witness Justices Act Acknowledgement    Page 1 of 7

DAY_003669

**CONTINUED STATEMENT OF: GLEESON, Kirsty Maree**

- directing all forensic officers at the scene to examine the scene as per the forensic examination plan (e.g. taking photographs, fingerprinting, collecting DNA, collecting trace and other physical evidence, and obtaining other imagery).

5. The QPS operates a Forensic Register, which is moderated and managed by QPS Forensic Services Group staff only. This register is a stand-alone computer system which communicates to the primary QPS computer called QPRIME. The Forensic Register has the ability to hold documents, photographs and examination notes.

6. Each forensic officer has access to a purpose-built computer which is used in the field to make contemporaneous entries into the Forensic Register as the crime scene is processed.

### Critical incident on the 12th of December 2022

7. On the 12th of December 2022, I was notified of an emerging critical incident at Wieambilla, Queensland. Wieambilla is located approximately 200 kilometres west of Toowoomba. It takes approximately two hours and 30 minutes to drive to Wieambilla from Toowoomba.

8. I travelled to the Investigation Centre (**IC**) which had been established at the Dalby Police Station. Dalby Police Station is approximately 80 kilometres or a 1-1.5 hour drive from Wieambilla.

9. At 2125hrs I was present at a briefing conducted by senior officers at the Dalby Station IC. I was advised that Constable Rachel McCrow (**Const McCrow**) and Constable Matthew Arnold (**Const Arnold**) were deceased and that their bodies were at the Police Forward Command Post (**PFCP**).

10. I then travelled to the PFCP located at the intersection of Mary Road and Chinchilla Tara Road, arriving at approximately 2305hrs.

11. On arrival I was shown the bodies of Const Arnold and Const McCrow who were deceased. As a qualified scenes of crime officer myself, I forensically processed the bodies of Const Arnold and Const McCrow. Processing bodies, with the assistance of another officer, includes collecting evidence from the deceased, collecting trace DNA samples, and taking photographs (including scale photographs of injuries). With the assistance of another scenes of crime officer, Sergeant Michelle Fraser, I completed this process for both Const Arnold and Const McCrow.

12. I observed Const Arnold to have suffered one gunshot wound. I also observed Const McCrow to have suffered several gunshot wounds.

13. Both Const McCrow and Const Arnold were still wearing their QPS uniforms, but were not wearing their Load Bearing Vests (**LBV**) or utility belts. Both an LBV and utility belt are used to carry an officer's accoutrements.

(Witness's signature)   (Justice of the Peace (Qual.)/ Commissioner for Declarations' signature)   (Signature of police officer)

Bernie Whitney
Registrar
Melbourne Magistrates' Court

THE ADDRESS OF THE MELBOURNE MAGISTRATES' COURT IS 233 WILLIAM STREET, MELBOURNE

QP 0125A Statement of Witness Justices Act Acknowledgement   Page 2 of 7

DAY_003670

CONTINUED STATEMENT OF: **GLEESON, Kirsty Maree**

14. In the course of coordinating the forensic response, I attended the primary crime scene at 251 Wains Road, Wieambilla at approximately 0700hrs on the morning of the 13th of December 2023.

15. On arrival I commenced coordinating the overall forensic response to this incident. This required assistance at the scene from various forensic disciplines, including ballistics officers, scenes of crime officers, forensic imaging officers and the forensic search team. I later sought assistance from scientific officers, electronic evidence unit officers, fingerprint officers, and electronic recording officers for laboratory and office-based examinations.

16. In undertaking my role at 251 Wains Road I observed various aspects of the property, including that it was a rural property which had recently been affected by fires. The entrance to the property was via a double front gate at the driveway. The house cannot be observed from the front gate.

### Observations, maps and evidence from the forensic examination

17. Through the course of the forensic examination and investigation a number of areas of interest were identified at the 251 Wains Road, Wieambilla property. Under my direction, forensic imaging officers have produced a map of these areas of interest. A number of the subsequent observations I make in this statement are referenced in the 'areas of interest map'.

    *I am able to produce the 'areas of interest' map...*

18. Under my direction, a scenes of crime officer processed Alan Dare's body. Alan Dare's body is marked as 'A' on the areas of interest map.

19. I observed the bodies of Nathaniel Train, Gareth Train and Stacey Train to be lying in the vicinity of the log hide (marked as 'T' on the areas of interest map). These bodies had suffered multiple gunshot wounds and they were obviously deceased. Under my direction, the bodies of Nathaniel Train, Gareth Train and Stacey Train were processed. The bodies are marked as 'D', 'E' and 'F' respectively on the areas of interest map.

20. I observed, and under my direction, a series of photographs were taken of a BearCat armoured vehicle (marked as 'O' on the areas of interest map), used by the QPS Special Emergency Response Team (**SERT**).

    *I am able to produce a series of photographs of the SERT Bearcat .....*

21. I observed, and under my direction, a series of photographs were taken of a structure I refer to as '*hide one*' (marked as 'J' on the areas of interest map). The hide consisted of thick bush, sticks and cut leafy branches, fashioned to form a wall at the front covering the set-up from view from the front gate of the property. There was a small, cleared area / opening at the front of the hide that allowed full view of the front gate of the property. At the base of

(Witness's signature)    Bernie Whitney Justice of the Peace (Qual.)/ Commissioner for Declarations' signature    (Signature of police officer preparing statement)
Registrar    THE ADDRESS OF THE MELBOURNE MAGISTRATES' COURT IS
QP 0125A Statement of Witness Justi Melbourne Magistrates' Court 233 WILLIAM STREET, MELBOURNE    Page 3 of 7

DAY_003671

CONTINUED STATEMENT OF: **GLEESON, Kirsty Maree**

this cleared area / opening were several timber logs and covering, fashioned in a way to act as a support to fire long are firearms from within.

22. Four 30-06 calibre discharged cartridge cases were located within hide one.

23. Within hide one was a shortened chair that was positioned to be able to see through the small opening towards the front gate. Behind the chair was a tent with a double mattress, a large two litre water bottle was laying on the mattress and a small fireplace fashioned from a 20-litre drum. The hide also contained a hand saw, a jar with crystals and kindling. There was also a hand weight, dumbbell and two books.

24. The roof of hide one was also covered with foliage.

*I am able to produce a series of photographs of hide one …*

25. I observed, and under my direction, a series of photographs were taken of a structure that I will refer to as 'hide two' (marked as 'K' on the areas of interest map) was located next driveway, approximately five metres behind 'hide one'. Hide two consisted of dirt pushed up to form a mound, approximately 900mm high. On top of the dirt were leafy tree branches and sticks used to form a wall for concealment. There was a well-worn path between hide one and hide two.

*I am able to produce a series of photographs of hide two …*

26. I observed, and under my direction, a series of photographs were taken of a structure that I will refer to as 'hide three' (marked as 'L' on the areas of interest map). Hide three was located on the opposite of the driveway from hide one and hide two. This hide consisted of two areas of pushed up dirt to form a mound.

*I am able to produce a series of photographs of hide three …*

27. Moving further along the driveway towards the residence, I observed and under my direction a series of photographs were taken of material that has been described as a barricade (marked as 'U' on the areas of interest map). This is as the driveway veered back to the left and the house, yard and dwelling came into view. The barricade consisted of metal feeders and large tree logs. This barricade was approximately 245 meters from the front gate and was measured as part of the ongoing forensic operation.

*I am able to produce a series of photographs of the barricade ….*

28. I observed, and under my direction, a series of photographs were taken of mirrors (marked as 'V' on the areas of interest map). There were several small shrubs lining both sides of the driveway between the barricade and the dwelling. Leaning against some of these shrubs were long mirrors facing towards the front of the property.

(Witness's signature)   Bernie Whitney Justice of the Peace (Qual.)/ Commissioner for Declarations' signature   (Signature of police officer taking statement)

QP 0125A Statement of Witness Justices Act 1886   THE ADDRESS OF THE MELBOURNE MAGISTRATES' COURT IS 233 WILLIAM STREET, MELBOURNE   Page 4 of 7

DAY_003672

CONTINUED STATEMENT OF: **GLEESON, Kirsty Maree**

*I am able to produce a series of photographs of the mirrors ....*

29. I observed, and under my direction, a series of photographs were taken of a structure I refer to as a 'log hide' (marked as 'T' on the areas of interest map). On the northern side of the dwelling between the driveway and adjacent to the first set of stairs was a log hide. This log hide consisted of two large logs laying on their sides and fashioned perpendicular to each other. Behind this log hide was bedding.

*I am able to produce a series of photographs of the log hide ....*

30. I observed, and under my direction, a series of photographs were taken of a motor vehicle parked directly in front of the dwelling, to the Northern side of the log hide. The front of the vehicle was facing the front gate of the house / yard. The rear of the vehicle was facing the rear boundary of the house / yard. This vehicle was a Toyota Hilux Dual Cab Utility, Queensland registration 956RBO (marked as 'S' on the areas of interest map). This vehicle had a cage mounted to the rear tray and a large spotlight on top of the roof over the drivers area of the vehicle.

*I am able to produce a series of photographs of the Toyota Hilux 956RBO ....*

31. I observed, and under my direction, a series of photographs were taken of seven firearms located in the vicinity of the log hide and the Toyota Hilux 956RBO. These included:

    - 30-06 Springfield calibre Tikka brand T3 rifle (x 1);
    - 40 Smith and Wesson calibre Glock brand .22 pistol (x 2);
    - 22LR calibre CZ brand CZ452-2EZKM model rifle (x 1);
    - 308 Winchester calibre Ruger brand M77 rifle (x 1);
    - 6.5 x 55mm calibre Swedish Mauser Carl Gustaf manufactured Mauser rifle (x 1); and
    - Shortened 22LR calibre Norinco brand rifle (x 1).

*I am able to produce a series of photographs of these firearms ....*

32. I observed and under my direction a series of photographs were taken of some of the Discharged Cartridge Cases (**DCC's**) in the vicinity of the log hide at the front of the dwelling. SERT and general duties police use a particular brand and calibre of ammunition which is easily identifiable. The DCC's located in the vicinity of the log hide at the front of the dwelling were reconciled as part of the forensic examination. There were 83 in total. 11 belonged to QPS and 72 did not.

*I am able to produce a series of photographs of some of the DCC's in the vicinity of the log hide and front of the dwelling....*

(Witness's signature) — Bernie Whitney (Justice of the Peace (Qual.)/ Commissioner for Declaration / Registrar Melbourne Magistrates Court) — THE ADDRESS OF THE office of police officer MELBOURNE MAGISTRATES COURT, 233 WILLIAM STREET, MELBOURNE

DAY_003673

CONTINUED STATEMENT OF: **GLEESON, Kirsty Maree**

33. Under my direction the QPS Forensic Imaging Section has produced a map, 'Ballistic Map 1', depicting the location of the DCC's and projectiles located between the front gate and the dwelling.

    *I am able to produce 'Ballistics Map 1'...*

34. Under my direction ballistic officers and scenes of crime officers located some DCC's on the driveway between the front gate of the property and hide one. Upon reconciling what had been collected, there were:
    - 308 Winchester calibre Federal DCC (x 8);
    - 30-06 Springfield calibre Remington DCC (x 8);
    - 308 Winchester Calibre Remington DCC (x 1);
    - 40 Smith and Wesson (S&W) calibre Winchester DCC (x 15); and
    - 40 Smith and Wesson (S&W) (x 1).

    *I am able to produce a series photographs of some of the DCC's between the front gate of the property and hide one ...*

35. I observed, and under my direction, a series of photographs were taken of the following property located in and around the dwelling and log hide:

    - QPS issued tasers (x 2); (serial numbers matched what was on the QPS equipment logs)
    - pair of handcuffs (x 1);
    - a radio (located in the back of SERT bear cat van) (x 1);
    - ammunition;
    - compound bow (hanging in rear veranda of house) (x 1); and
    - a tarpaulin with a large amount of knives, and camouflage clothing.

    *I am able to produce a series of photographs of these items...*

36. I located six mobile phones inside a makeshift faraday box on the kitchen bench inside the dwelling. Under my direction and in my presence, these mobile phones were photographed.

    *I am able to produce a series of photographs of the mobile phones...*

37. I observed, and under my direction, a series of photographs were taken of a Toyota Landcruiser Wagon Light Armoured Vehicle (**LAV**) (marked as 'Q' on the areas of interest map) used by SERT.

    *I am able to produce a series of photographs of the SERT LAV ...*

38. I observed a burnt-out QPS vehicle, a marked Toyota Landcruiser (dual cab utility), Queensland registration 667FA6 (marked as 'G' on the areas of interest map). Under my direction a series of photographs were taken of this burnt-out police vehicle.

    *I am able to produce a series of photographs of the burnt-out marked police vehicle 667 FA6 ...*

(Witness's signature)   Bernie Whitney
(Justice of the Peace (Qual.)/ Commissioner for Declarations' signature)
Registrar
Melbourne Magistrates   THE ADDRESS OF THE MELBOURNE MAGISTRATES' COURT IS
(Signature of police officer preparing statement)

QP 0125A Statement of Witness Justices Act Acknowledgement   233 WILLIAM STREET, MELBOURNE   Page 6 of 7

CONTINUED STATEMENT OF: **GLEESON, Kirsty Maree**

39. Under my direction, a series of photographs were taken of the Chinchilla marked QPS vehicle, a Toyota Prado Queensland registration 667EE6. These photographs were taken at the Chinchilla police station on the 14th of December 2022.

    *I am able to produce a series of photographs of the marked police vehicle 667EE6...*

### Video footage

40. As part of our forensic analysis of the scene, under my direction video footage was obtained from a Remotely Piloted Aircraft (**RPA**).

41. Under my direction a 360-degree video was obtained from a 'GoPro' video mounted to the bonnet of a forensic police vehicle. This video is from the front gate along the driveway to the gate of the fence at the dwelling.

    *I am able to produce a combined video product from the RPA and the forensic vehicle mounted GoPro of the front fence and dwelling taken on the 13th and 14th of December 2022 ...*

    *I am able to produce a 360-degree GoPro video of the front fence to the dwelling taken on the 14th of December 2022 ...*

42. I was present at Wieambilla from the 12th of December 2022 until the 16th of December 2022 performing my role as the Forensic Coordinator at both the PFCF and the primary command scene. My role beyond this and up until the date of this statement has included exhibit triaging for subsequent processing, case conferencing and reporting. I have also returned to the scene on multiple occasions to continue the forensic investigation into this incident.

K Gleeson
Senior Sergeant 12027

---

***Justices Act 1886***

I acknowledge by virtue of section 110A(6C)(c) of the *Justices Act 1886* that:

(1) This written statement by me dated 22/02/2024 and contained in the pages numbered 1 to 7 is true to the best of my knowledge and belief; and
(2) I make this statement knowing that I may be liable to prosecution for stating in it anything that I know is false

_____ Signature

Signed at ___Melbourne___ this __22nd__ day of __February__, __2024__
           (place)                (day)         (month)           (year)

_____          _____          _____
(Witness's signature)        Bernie Whitney (Qual.)/      (Signature of police officer
                             Commissioner.Declaration     preparing statement)
                             Registrar
                             Melbourne Magistrates' Court
                             THE ADDRESS OF THE COURT IS
                             MELBOURNE MAGISTRATES' COURT
                             233 WILLIAM STREET, MELBOURNE

QP 0125A Statement of Witness Justices Act Acknowledgement                           Page 7 of 7