

# QUEENSLAND POLICE SERVICE
# STATEMENT OF WITNESS



QP 0125A
05/22
A5

Occurrence #: _____

Statement no.: **1**     Date: **23/02/2024**

**Statement of**
Name of witness: **HINDMARSH Jason Michael**
Date of birth: **14/01/1971**     Age: **53**     Occupation: **Police Officer**

**Police officer taking statement**
Name: **HINDMASRH Jason Michael**
Rank: **Detective Inspector**     Reg. no.: **4007730**
Region/Command/Division: **Ethical Standards Command**     Station: **Internal Investigation Group**

**Statement:**
Jason Michael Hindmarsh states;

1. I am a Detective Inspector of Police attached to the Internal Investigation Group, Ethical Standards Command with the Queensland Police Service (QPS). I am the Senior Investigating Officer for operation Uniform CAVAN.

2. Operation Uniform CAVAN commenced with the murders of two Queensland Police Officers, Constable Matthew Arnold and Constable Rachel McCrow and the murder of a civilian Alan Dare on 12 December 2022 at Wieambilla in Queensland. This investigation also involves the Deaths in Custody of the offenders Nathaniel, Gareth and Stacey Train (Trains) at Wieambilla on 12 December 2022. The Trains died from gunshot injuries in a confrontation with the QPS Special Emergency Response Team.

3. This is a coronial investigation for the six deaths, with an ongoing criminal investigation to identify any other offences committed by associates of the Trains.

4. At 4.50pm on Monday 12 December 2022, I was notified of an emerging critical incident at Wieambilla in the Queensland Police Service Western Downs Patrol Group. Wieambilla is 300 kilometres from Brisbane, the capital of Queensland.

_____     _____     _____
(Witness's signature)     (Justice of the Peace (Qual.)/     (Signature of police officer
                          Commissioner for Declarations' signature)     preparing statement)

CONTINUED STATEMENT OF: **HINDMARSH, Jason Michael**

5. I travelled to the Dalby Police Station arriving at 8.05pm, where an Investigation Centre was established. I continue to lead an investigative team dedicated to this investigation.

6. On Wednesday 14 December 2022, I attended the crime scene at 251 Wains Road, Wieambilla. I have attended this crime scene on numerous occasions.

7. On Friday 23 December 2022, the investigation transitioned to the Queensland Police Service Headquarters in Brisbane.

8. The events of 12 December 2022 commenced with a New South Wales Police Force request to the Queensland Police Service on this day to conduct a welfare check at 251 Wains Road, Wieambilla. This was for Nathaniel Train who had been reported as a missing person to the New South Wales Police Force.

9. I have reviewed the Body Worn Camera (BWC) footage of Constable Matthew Arnold (Constable Arnold), Constable Rachel McCrow (Constable McCrow), Constable Keely Brough (Constable Brough) and Constable Randall Kirk (Constable Kirk) which capture the events of 12 December 2022 from 4.35pm to 6.39pm.

10. At 4.36pm, the four officers have jumped the front fence at this rural property. At 4.38pm the officers have come under gun fire and initially Constable Arnold and later Constable McCrow are fatally shot on the property. I have created three documents that capture still images from the BWC of Constable Arnold, Constable McCrow and Constable Kirk. These still images contain the relevant time on the BWC. These still images have been captured to reflect the threat faced by the four officers whilst on the property at 251 Wains Road, Wieambilla.

11. I have redacted portions of two still images captured from the Constable McCrow BWC which contain sensitive material.

12. I have captured four still images from the BWC of Constable McCrow to a document titled 'BWC Constable Rachel McCrow' which depict:

    - 16:39:54hrs - The offender Gareth Train shooting at Constable McCrow
    - 16:39:57hrs - The offender Gareth Train running away after shooting Constable McCrow



(Witness's signature)    (Justice of the Peace (Qual.)/    (Signature of police officer
                          Commissioner for Declarations' signature)    preparing statement)

QP 0125A Statement of Witness Justices Act Acknowledgement                Page 2 of 4

DAY_003678

CONTINUED STATEMENT OF: **HINDMARSH, Jason Michael**

- 16:45:53hrs - Shell casing from Constable McCrow discharging her Glock firearm
- 16:45:55hrs - Two shell casings from Constable McCrow discharging her Glock firearm

**I am able to produce a document to the court containing four still images captured from the BWC of Constable McCrow that I have referred to in my evidence**

13. I have captured three still images from the BWC of Constable Randall Kirk to a document titled 'BWC Constable Randall Kirk' which depict:

    - 16:48:55hrs - Constable Kirk running towards the Chinchilla and Tara police vehicles
    - 16:49:08hrs - Constable Kirk enters the Chinchilla police vehicle
    - 16:49:27hrs - Constable Kirk driving the Chinchilla police vehicle with gunshot damage

    **I am able to produce a document to the court containing three still images captured from the BWC of Constable Kirk that I have referred to in my evidence**

14. I have captured four still images from the BWC of Constable Arnold to a document titled 'BWC Constable Matthew Arnold' which depict:

    - 16:55:02hrs - The offender Gareth Train placing a bolt action rifle on the ground next to the deceased officer Constable Arnold
    - 16:55:04hrs - The offender Gareth Train removing the Load Bearing Vest of the deceased officer Constable Arnold
    - 16:55:10hrs - A bolt action rifle lying on the ground next to the deceased officer Constable Arnold
    - 16:56:38hrs - The offender Nathaniel Train kneeling next to the driveway, facing towards the front gate, wearing camouflage clothing and holding a rifle covered in webbing

    **I am able to produce a document to the court containing four still images captured from the BWC of Constable Arnold that I have referred to in my evidence**

15. At 4.48pm, Constable Kirk runs from the property under gunfire from the offenders. This gunfire continues as he jumps the front fence of the property, and also when he drives away from 251 Wains Road, Wieambilla in the Chinchilla Police Station vehicle. Whilst in the police vehicle Constable Kirk sustains a shrapnel wound to his left upper thigh.

_____ _____ _____
(Witness's signature)        (Justice of the Peace (Qual.)/   (Signature of police officer
                              Commissioner for Declarations' signature)   preparing statement)

QP 0125A Statement of Witness Justices Act Acknowledgement                Page 3 of 4

DAY_003679

CONTINUED STATEMENT OF: **HINDMARSH, Jason Michael**

16. At 6.36pm, Constable Brough is extracted from the property by further QPS officers. At this time QPS officers enter 251 Wains Road, Wieambilla and retrieve the bodies of the deceased officers Constable Arnold and Constable McCrow.

17. I continue to lead the investigation of operation Uniform CAVAN as the Senior Investigating Officer.

J Hindmarsh
Detective Inspector 7730

---

*Justices Act 1886*

I acknowledge by virtue of section 110A(6C)(c) of the *Justices Act 1886* that:

(1) This written statement by me dated **23/02/2024** and contained in the pages numbered 1 to 4 is true to the best of my knowledge and belief; and

(2) I make this statement knowing that I may be liable to prosecution for stating in it anything that I know is false

_____ Signature

Signed at __**Brisbane**__ this **23rd** day of __**February**__ , __**2024**__
         (place)                (day)              (month)              (year)

---

(Witness's signature) | (Justice of the Peace (Qual.)/ Commissioner for Declarations' signature) | (Signature of police officer preparing statement)

QP 0125A Statement of Witness Justices Act Acknowledgement                                      Page 4 of 4

DAY_003680