OFFICIAL



## QUEENSLAND POLICE SERVICE

# STATEMENT OF WITNESS



PFS 26, v12, 04118

| Occurrence No: | QP2202133742 | | |
|---|---|---|---|
| Forensic Register No.: | FR2175210 | Date: | 28/02/2024 |

**Statement of**

| Name of Witness | Julian KARPIEL | Employee No. | 4020356 | Contact No. 3364 4339 |
|---|---|---|---|---|
| Station | Electronic Evidence Unit | Position | Investigative Computer Analyst | |
| Address | 200 Roma Street, Brisbane QLD 4000 | Region | Operations Support Command | |

*Queensland Police Service (QPS) Acknowledgement*

*The QPS acknowledges that in giving this evidence in the prosecution of Donald Day Jr in the Federal District Court in Arizona, USA, Julian Karpiel may be compelled by the Court to answer questions which may disclose protected methodologies or identities. The QPS is aware of, and have assessed the risk, prior to providing this acknowledgment.*

*The QPS Legal Services will make all reasonable attempts to continue to liaise with the United States prosecution team in advance of the trial in an effort to minimise such sensitive evidence being publicly aired (for example, through the process of the prosecution objecting to questions on the basis of relevance/irrelevance).*

Julian Karpiel states:

1. I am an Investigative Computer Analyst attached to the Electronic Evidence Unit (**EEU**), Operations Support Command, Queensland Police Service (**QPS**).

2. I am the holder of a Graduate Certificate in Information Technology from the Queensland University of Technology and Bachelor's degrees in Commerce and Arts from the University of Queensland. I am a Certified Forensic Computer Examiner (**CFCE**) and a member of the International Association of Computer Investigative Specialists (**IACIS**). I am a Magnet Certified Forensic Examiner (**MCFE**) and have completed courses in the use of Cellebrite and X-Ways forensic software. I have been performing forensic examinations at the EEU since October 2012.

This is Page 1 of a Statement comprising 3 pages.

Witness *[signature]*

OFFICIAL

DAY_003682

OFFICIAL

| Continued statement of | Julian KARPIEL | Occ. No: QP2202133742 | Case File/FR No: FR2175210 |

3. I have been employed by the QPS since 2005, and have been in my current position for 12 years.

4. My duties include the digital forensic analysis of computers and related systems for electronic evidence in support of investigations for the QPS.

5. On the 12th of December 2022, Operation Uniform Cavan was commenced into the investigation of the murder of two Queensland Police Officers (Constable Rachel McCrow and Constable Matthew Arnold), civilian Alan Dare and three deaths in a police operation (Nathaniel, Gareth and Stacey Train) at Wieambilla, Queensland, Australia. There remains an ongoing coronial investigation in Queensland, Australia.

6. On the 20th of December 2022, I commenced examination of EEU job number FR2175210, QPRIME occurrence QP2202133742. This job was in relation to Operation Uniform Cavan. The job referred to a request from the Security Operations Unit (**SOU**) for cloud download of the email account "train@bigpond.com" using the provided login credentials.

7. On this date, I used Oxygen Forensic Cloud Extractor version 9.0.0.59 to download the contents of the email account "train@bigpond.com". The resulting extraction was saved as an Oxygen cloud backup (.ocb format). I assigned forensic barcode number 1095053255 to this cloud extraction.

8. On the 21st of December 2022, I used Oxygen Forensic Detective version 15.1.0.69 to convert the OCB file to an Oxygen backup (.ofbx format) to make it compatible for viewing with the Oxygen Viewer program.

9. On the 22nd of December 2022, I uploaded the OFBX file to the Investigation and Review of Electronic-Evidence System (**IRES**) to make it available for viewing by SOU investigators.

This is Page 2 of a Statement comprising 3 pages.

Witness _signature_

OFFICIAL

OFFICIAL

| Continued statement of | Julian KARPIEL | Occ. No: QP2202133742 | Case File/FR No: FR2175210 |
|---|---|---|---|

10. I have not conducted any further examination of this extraction.

*[Signature: Karpiel]*

Julian Karpiel

Investigative Computer Analyst

### Justices Act Acknowledgement

**Justices Act 1886**

I acknowledge by virtue of section 110A(6C)(c) of the Justices Act 1886 that:

(1) This written statement by me dated 28/2/24 and contained in the pages numbered 1 to 3 is true to the best of my knowledge and belief: and

(2) I make this statement knowing that, if it were admitted as evidence, I may be liable to prosecution for stating in it anything that I know is false.

..................*[Signature: Karpiel]*..................Signature

Signed at BRISBANE this 28TH Day of FEBRUARY 2024.

This is Page 3 of a Statement comprising 3 pages.

Witness *[Signature: Karpiel]*

OFFICIAL