

# QUEENSLAND POLICE SERVICE

# STATEMENT OF WITNESS



PFS 26, v12, 04/18

| Occurrence No: | QP2202133742 | | |
|---|---|---|---|
| Forensic / Statement No.: | FR2175210 | Date: | 27/02/2024 |

**Statement of**

| Name of Witness | Jason Robert NEEMS | Position | Senior Constable | Employee No. | 4022258 |
|---|---|---|---|---|---|
| Station | EEU Electronic Evidence Unit | Contact Phone No | 3364 4407 | | |
| Address | 200 Roma St, Brisbane City 4000 | Region | Operations Support Command | | |

*Queensland Police Service (QPS) Acknowledgement*

*The QPS acknowledges that in giving this evidence in the prosecution of Donald Day Jr in the Federal District Court in Arizona, USA, Jason Robert Neems may be compelled by the Court to answer questions which may disclose protected methodologies or identities. The QPS is aware of, and have assessed the risk, prior to providing this acknowledgment.*

*The QPS Legal Services will make all reasonable attempts to continue to liaise with the United States prosecution team in advance of the trial in an effort to minimise such sensitive evidence being publicly aired (for example, through the process of the prosecution objecting to questions on the basis of relevance/irrelevance).*

**Jason Robert NEEMS states:**

1. I am a Senior Constable of Police currently performing duties as a Digital Forensic Analyst at the Electronic Evidence Unit (EEU), Police Headquarters, Brisbane.

2. I've been a police officer for 17 years and I have over 30 years of professional and personal experience in information technology having worked in private sector IT jobs in both Australia and Japan prior to becoming a police officer.

3. I am a Magnet Certified Forensic Examiner (AXIOM) and a Queensland Police qualified Cellebrite Instructor.

OFFICIAL

This is Page 1 of a Statement comprising 3 Page(s).

Witness _____

DAY_003688

OFFICIAL

Continued statement of Jason Robert NEEMS          Occ. No: QP2300139295 Case File/FR No: FR2187546

4. On 12 December 2022 Operation Uniform Cavan was commenced into the investigation of the murder of two Queensland Police Officers (Constable Rachel McCrow and Constable Matthew Arnold), civilian Alan Dare and three deaths in a police operation (Nathaniel, Gareth and Stacey Train) at Wieambilla, Queensland, Australia. There remains an ongoing coronial investigation in Queensland, Australia. I know the above persons only through my involvement with Operation Uniform Cavan.

5. Between 16 and 18 December 2022 I worked on EEU job number FR2175210. This job was in relation to Operation Uniform Cavan.

6. At approximately 8:45am on this date, I commenced an examination of an Apple iPhone 7 mobile phone bearing Queensland Police property tag P2200458677.

7. I photographed the device and placed forensic barcode 1093185497 on it.

   **I am able to produce these photographs.**                    **Exhibit No's.......**

8. I removed the SIM card from the device. The SIM card was a Telstra SIM card bearing serial number 8500 0789 5118 4N GP. The IMEI number of the phone was 356388106880742.

9. I recall that the phone was in good condition and was housed in a brown leather folio case with a sliding privacy cover affixed to the front-facing camera.

10. I recall that upon initial examination, the phone was in a powered off state. I powered on the phone and observed that the battery level was at 87% and the device was secured with a 6 digit numeric PIN code. This PIN code was unknown. The date and time of the device were current.

11. I have then connected the device to Cellebrite Premium version 7.60.0.155. The Cellebrite software indicated that the phone was running iOS version 13.6. I have followed the on-screen prompts for a "BFU" (before first unlock) iOS device to commence a process to brute-force the unknown PIN code.

PFS 26, v12, 04/09FFICIAL

| This is Page 2 of a Statement comprising 3 pages. |
| Witness _____ |

OFFICIAL

Continued statement of Jason Robert NEEMS          Occ. No: QP2300139295 Case File/FR No: FR2187546

12. Brute-forcing a 6 digit PIN code on an iPhone 7 can be a lengthy process so I have then secured the device and placed it on a charger to allow that process to complete.

13. I recommenced work the following day at 1pm on December 17,2022. Upon commencing work, I checked on the status of the brute-force attempt.

14. I spoke to Senior Constable Stew Costello who informed me that the brute force had been successful (PIN code "482517") and that he had continued the processing of the device in Cellebrite Physical Analyser.

15. I have not conducted any further examination of this device.

.......................................

Jason Robert NEEMS

**Justices Act Acknowledgement**

| Justices Act 1886 |
| --- |
| I acknowledge by virtue of section 110A(6C)(c) of the Justices Act 1886 that: |
| (1)  This written statement by me dated 27 February 2024 and contained in the pages numbered 1 to 3 is true to the best of my knowledge and belief; and |
| (2)  I make this statement knowing that, if it were admitted as evidence, I may be liable to prosecution for stating in it anything that I know is false. |
| .............................................................................................Signature |
| Signed at Brisbane this 27th day of February 2024 |

This is Page 3 of a Statement comprising 3 pages.

Witness _____