


# QUEENSLAND POLICE SERVICE
## STATEMENT OF WITNESS

QP 0125A
05/22
A5

Occurrence #: **QP2202133742**

Statement no.: **1**    Date: **28/02/2024**

**Statement of**

Name of witness: **POLLARD, Daniel**

Date of birth: _____  Age: ___  Occupation: **Police Officer**

**Police officer taking statement**

Name: **POLLARD Daniel**

Rank: **Detective Sergeant**    Reg. no.: **4025395**

Region/Command/Division: **Security and Counter Terrorism Command**    Station: **Counter Terrorism Investigations Group**

**Statement:**

**Queensland Police Service (QPS) Acknowledgement**

The QPS acknowledges that in giving this evidence in the prosecution of Donald Day Jr in the Federal District Court in Arizona, USA, Daniel Pollard may be compelled by the Court to answer questions which may disclose protected methodologies or identities. The QPS is aware of, and have assessed the risk, prior to providing this acknowledgment.

The QPS Legal Services will make all reasonable attempts to continue to liaise with the United States prosecution team in advance of the trial in an effort to minimise such sensitive evidence being publicly aired (for example, through the process of the prosecution objecting to questions on the basis of relevance/irrelevance).

Daniel Pollard states:

**Role and experience**

1. I am a Detective Sergeant, currently performing duties within the Security and Counter Terrorism Command in the Queensland Police Service (QPS).

2. I have been a police officer with the QPS since 2008, and have been in my current position for six years.

3. My other qualifications include a Postgraduate Certificate in Counter Terrorism, Policing, and Intelligence.

4. My duties include supervising and conducting investigations relating to security and counter terrorism matters.

_(Witness's signature)_ | _(Justice of the Peace (Qual.)/ Commissioner for Declarations' signature)_ | _(Signature of police officer preparing statement)_

QP 0125A Statement of Witness Justices Act Acknowledgement    Page 1 of 4

DAY_003702

CONTINUED STATEMENT OF: **POLLARD, Daniel**

**Operation Uniform Cavan**

5. On 12 December 2022, Operation Uniform Cavan was commenced to investigate the murder of two QPS officers (Constable Rachel McCrow and Constable Matthew Arnold), civilian Alan Dare, and three deaths in a police operation (Nathaniel, Gareth, and Stacey Train) at Wieambilla, Queensland, Australia. There remains an ongoing coronial investigation in relation to this incident.

6. I know of the above persons only through my involvement with Operation Uniform Cavan.

**Online accounts**

7. In February 2023, I commenced full time duties in the Operation Uniform Cavan Investigation Centre as Team Leader / Investigator. I worked in the investigation centre full time for a period of six months until July 2023. Since July 2023, I have continued to be involved in Operation Uniform Cavan in addition to my other duties.

8. My duties throughout the Operation Uniform Cavan Investigation Centre included conducting reviews of electronic devices seized from the Wieambilla crime scene. I also conducted reviews of email accounts and social media accounts and posts linked to Gareth, Nathaniel, and Stacey Train.

9. As part of my duties in Operation Uniform Cavan, I became privy to information relating to the online activities of Stacey, Gareth, and Nathaniel Train. This includes the following:

10. I located a YouTube account utilised by Gareth Daniel Train with the handle 'Daniel Yugi girawil'. This account was attributed to Gareth Train through the account being located on the seized mobile devices, and the content posted. Gareth Train referred to himself as 'Daniel' when posting content online.

11. When another YouTube user interacted with the 'Daniel Yugi girawil' account, for example by commenting on a post or video, an email notification was sent to the email account 'train@bigpond.com' which was associated with this YouTube account. The email address was changed to 'yugigirawil@gmail.com' in approximately April 2022, after which all email notifications were sent to that Gmail account. This email account was able to be accessed by Gareth Train as it was located on the seized mobile device.

12. I also located a YouTube account utilised by Stacey Jane Train with the handle 'mrs yugi girawil'. Stacey Train referred to herself as 'Jane' when posting content online.

_____         _____         _____
(Witness's signature)             (Justice of the Peace (Qual.)/    (Signature of police officer
                                  Commissioner for Declarations'     preparing statement)
                                  signature)

QP 0125A Statement of Witness Justices Act Acknowledgement                          Page 2 of 4

DAY_003703

CONTINUED STATEMENT OF: **POLLARD, Daniel**

13. When another YouTube user interacted with the 'mrs yugi girawil' account, an email notification would be sent to the email account 'mrsyugigirawil@gmail.com' which was associated with this YouTube account. This email account was able to be accessed by Stacey Train as it was located on the seized mobile device.

14. I am also aware of two individuals, Donald Day Jr (DOB: 6 January 1965) and Sabrina Elizabeth Spires (DOB: 8 October 1987) through my involvement with Operation Uniform Cavan. I am aware they reside in the United States of America.

15. It was identified that Donald Day Jr and Sabrina Spires utilised the YouTube handle 'Geronimo's Bones'. Donald Day Jr used the online name of 'Don', and Sabrina Spires used the online name of 'Annie' when posting content online.

16. Through my involvement in Operation Uniform Cavan, I became aware that Gareth Train and Stacey Train utilised their respective YouTube accounts to communicate with Donald Day Jr and Sabrina Spires.

**Review of electronic devices**

17. Electronic devices seized from a crime scene are usually transferred to members attached to the QPS Electronic Evidence Unit (EEU). Officers in the EEU then conduct forensic digital downloads of the seized devices, which includes conducting forensic digital cloud extractions of email addresses linked to the electronic devices. The evidentiary copies of those forensic extractions are subsequently loaded into a secure file server which logs all usage in and out, and prevents the data being changed in any way.

18. This process was followed in relation to the telecommunications devices detailed below, which were seized in relation to Operation Uniform Cavan.

19. As part of my duties during Operation Uniform Cavan, I was provided with seized devices (namely two iPhones) and conducted a review of a forensic extraction of those telecommunications devices.

20. Between February 2023 and July 2023, I conducted a review of a forensic extraction of a telecommunications device allocated International Mobile Equipment Identity (IMEI) 356604100535987 with Apple device name 'G & S Train'. This device was referred to as 'Gareth Train iPhone' within the forensic examination software. This device was allocated the property tag number of P2200458666.

21. I reviewed the content of 'Gareth Train iPhone' and I tagged all content which identified communication between Donald Day Jr and Sabrina Spires. On 26 February 2024, I generated a report outlining the content of the tagged material.

| (Witness's signature) | (Justice of the Peace (Qual.)/ Commissioner for Declarations' signature) | (Signature of police officer preparing statement) |
|---|---|---|

DAY_003704

CONTINUED STATEMENT OF: **POLLARD, Daniel**

**I AM ABLE TO PRODUCE TO THE COURT A REPORT TITLED 'GARETH TRAIN iPHONE IMEI 356604100535987' THAT I HAVE REFERRED TO IN MY EVIDENCE.**

22. Between February 2023 and July 2023, I conducted a review of a forensic extraction of a telecommunications device allocated IMEI 356388106880742 with the Apple device name of 'Stacey's iPhone'. This device was referred to as 'Stacey Train iPhone 7' within the forensic examination software. This device was allocated the property tag number P2200458677.

23. I reviewed the content of 'Stacey Train iPhone 7' and I tagged content relevant to Donald Day Jr and Sabrina Spires. On 26 February 2024, I generated a report outlining the content of the tagged material.

**I AM ABLE TO PRODUCE TO THE COURT A REPORT TITLED 'STACEY TRAIN iPHONE 7 IMEI 356388106880742' THAT I HAVE REFERRED TO IN MY EVIDENCE.**

24. I have nothing further to offer at this time.

---

*Justices Act 1886*

I acknowledge by virtue of section 110A(6C)(c) of the *Justices Act 1886* that:

(1) This written statement by me dated 28/02/2024 and contained in the pages numbered 1 to 4 is true to the best of my knowledge and belief; and

(2) I make this statement knowing that I may be liable to prosecution for stating in it anything that I know is false

_____ Signature

Signed at ___Brisbane___ this _28th_ day of ___February___ , _2024_
         (place)                      (day)           (month)        (year)

---

(Witness's signature)   (Justice of the Peace (Qual.)/   (Signature of police officer
                         Commissioner for Declarations' signature)   preparing statement)

QP 0125A Statement of Witness Justices Act Acknowledgement                    Page 4 of 4

DAY_003705