# Exhibit 1

**Subject:** New comment on "the fear thing"  
**From:** YouTube <noreply@youtube.com>  
**Date:** 5/4/2021, 6:52 PM  
**To:** "Geronimo's Bones" <geronimos-bones-1911@pages.plusgoogle.com>

[Youtube Logo]

Texas BBQ commented on your video

   the fear thing



**Texas BBQ**

25 years ago my country fell under a satanic blood sacrifice spellbinding most to fear. The stench of this fear has permeated into a generation enslaving their mind and spirit. My wife is safe, I stand alone in a desert of the dead stretching to the horizon. I call out to Yeshua, "what am I to do, Lord?" Yeshua replies, "this is what is to come". Brother, I have appreciated your thoughts over the past year and I'm glad the Spirit moves you to leave these messages.

**REPLY**   **MANAGE ALL COMMENTS**

If you no longer wish to receive emails about comments and replies, you can unsubscribe.

© 2021 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

YouTube   Twitter