# Exhibit 2

