# Exhibit 6



DAY_007557