# Exhibit 11

All Mail      **Move to inbox**

 **Geronimo's Bones**

Indeed, madame. You and Daniel our with us every hour of every day. Although my rhetoric has cooled, my need for justice burns hot, as I know it does for Daniel. Incidentally, I am glad that you find encouragement in what little I can offer through this venue. Daniel and I, are brothers... and I know what brothers can accomplish, even though vast oceans seperate us; for in the Spirit, there is no distance so great that our Father's purpose is rendered ineffective. I ponder daily, all that Daniel has spoken and written, for I know that his understanding of what will come, exceeds what I am given to comprehend. Please know that you two are very loved and beholden as kinfolk, here among us.

**REPLY**

If you no longer wish to receive emails about comments