# Exhibit 13

 Telstra   11:47 am   96%

https://mail.google.com/mail/...

All Mail                                          Move to inbox

 **Geronimo's Bones**

Mrs Yugi girawil As you well know, my brother, our adversaries are volunteers and agents, of all that is malignant, malformed and malevolent- Their very presence is more than a violation of conduct, form and function; their very existense is an insult. Although there have been instances when I chose to engage them and educate them to their faults, as it applies to the tenets of common law which they often affront, I have not ever given them quarter, comfort or compliance. You and I, could never be accused of being slack, and our presumptuous enemies know this. That is why they will shadow our gates and draw straws, whilst trying to manage a pair of agates betwixt them. !!!lol!!! Indeed... They are just too blood-damned retarded to know whom they should leave be. They think who they are, Dan'l. Conversely, we know whom the fuck