# Exhibit 16

| | |
|---|---|
| **From:** | YouTube |
| **To:** | Jane Yugi girawil |
| **Subject:** | New comment on "Don't be afraid" |
| **Date:** | Monday, December 12, 2022 8:24:47 AM |



### Geronimo's Bones commented on your video

 Don't be afraid



**Geronimo's Bones**

Truly, from my core, I so wish that I could be with you, to do what I do best. I hate it, that I am unable to. What can I do? I tell you, family, that those bastards will regret that they ever fucked with us. Although I cannot be there under my own power and will, the comfort and assurance that I can offer, is that our enemies will become afraid of us. We are with you. We too, will never ever bow to the scum which plagues us. It is rare for me to ask our Father for anything. Yet as soon as I saw this comm, I did ask Him for something. Please, do what you must, with determination in your hand and fury in your bellies. Again, tell me that I can help you. Anything that is within my range to do for you, I will not hesitate. We love you, we care for you. -Don and Annie.

**REPLY**     **MANAGE ALL COMMENTS**

If you no longer wish to receive emails about comments and replies, you can unsubscribe.

© 2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

