# Exhibit 18



DJL_0004.JPG

Day_010710