# Exhibit 20



DJL_0340.JPG

Day_011046