# Exhibit 21

