TIMOTHY COURCHAINE
United States Attorney
District of Arizona

DAVID A. PIMSNER
Arizona State Bar No. 007480
ABBIE S. BROUGHTON
California State Bar No. 226680
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: david.pimsner@usdoj.gov
Email: Abbie.Broughton@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-23-08132-PCT-JJT |
| Plaintiff, | |
| vs. | **NOTICE OF FILING COMPACT DISC'S AS EXHIBITS TO UNITED STATES' RESPONSE TO DEFENDAN'S MOTION IN LIMINE RE: WIEAMBILLA SHOOTING** |
| Donald Day Jr., | |
| Defendant. | |

The United States, through undersigned counsel, hereby gives notice of the filing with the Clerk of Court of a CD containing videos as exhibits 9, 10, 15, and 17 to the United States' Response to Defendant's Motion in Limine re: Wieambilla Shooting.

Respectfully submitted this 20th day of March, 2025.

                                              TIMOTHY COURCHAINE
                                              United States Attorney
                                              District of Arizona

                                              *s/Abbie S. Broughton*
                                              ABBIE S. BROUGHTON
                                              Assistant U.S. Attorneys

**Certificate of Service**

     I hereby certify that on March 20, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

     Mark Rumold
     Attorney for Defendant

*s/Alexandria Gaulin*
U.S. Attorney's Office