TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DAVID A. PIMSNER
Arizona State Bar No. 007480
ABBIE BROUGHTON
California State Bar No. 226680
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: David.Pimsner@usdoj.gov
Email: Abbie.Broughton@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          vs.<br><br> Donald Day Jr.,<br><br>                    Defendant. | Case No. CR-23-08132-PCT-JJT<br><br>**AMENDED NOTICE OF ABSENCE OF A PUBLIC RECORD PURSUANT TO RULE 803(10) OF THE FEDERAL RULES OF EVIDENCE** |

    The United States of America hereby gives notice of its intent to introduce at trial a certificate of non-existence of record.  Specifically, that the Remington 870, 12-gauge shotgun, with serial number AB455140A, was not registered in the National Firearms Registration and Transfer Record (NFRTR) maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives.  In addition, the Remington 870, 12-gauge shotgun, with serial number AB455140A, was not registered in the NFRTR to Defendant, Donald

//

//

Day Jr., or to Sabrina Spires. These certificates (Bates numbers 012377-012379) will be introduced through the testimony of ATF Firearms and Explosives Specialist James Robertson.[1]

Respectfully submitted this 27th day of March, 2025.

> TIMOTHY COURCHAINE
> United States Attorney
> District of Arizona
>
> /s/ David A. Pimsner
> DAVID A. PIMSNER
> ABBIE BROUGHTON
> Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Mark Rumold

/s/ Theresa Hanson
U.S. Attorney's Office

---

[1] Due to the recent unavailability for trial of Firearms and Explosives Specialist Heather Huff, who was originally noticed as a witness on March 12, 2025 (Doc. 127), Firearms and Explosives Specialist James Robertson repeated Ms. Huff's searches in the NFRTR and will be substituted as the witness.

2