TIMOTHY COURCHAINE
United States Attorney
District of Arizona

DAVID A. PIMSNER
Arizona State Bar No. 007480
ABBIE BROUGHTON
California State Bar No. 226680
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: david.pimsner@usdoj.gov
Email: abbie.broughton@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Donald Day Jr.,<br><br>　　　　　Defendant. | CR-23-08132-PCT-JJT<br><br>**BILL OF PARTICULARS REGARDING FORFEITURE** |

　　　　Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, Plaintiff United States of America (the "United States") submits this notice in the form of a Bill of Particulars to correct descriptions/identifiers to Items 1, 2, 3, 5, 8 and 9 included in the Forfeiture Allegation of the Second Superseding Indictment (Doc. 68):

　　　　1. Arms Corp 1911, serial number GI103689, with magazine and 10 Rounds of .45 caliber Ammunition; correctly described as **American Tactical Model M1911GI, .45 caliber Pistol, SN: GI103689 with magazine and 10 Rounds of ammunition;**

　　　　2. Zev Technologies AR15, serial number SF0833, and magazine with 30 Rounds of .223/.556 Caliber Ammunition; correctly described as **JC Weaponry multi caliber Rifle, SN: SFO833 and magazine with 30 rounds of .223/.556 caliber ammunition;**

　　　　3. Smith and Wesson M&P 15, serial number SM67458 and magazine with 30 Rounds of .223 Caliber Ammunition; correctly described as **Smith and Wesson Model M&P-15 Rifle, SN: SM67458 and magazine with 30 rounds of .223 caliber ammunition;**

5. Taurus Tracker, serial number ZD385912, and 5 Rounds of .44 Caliber Magnum Ammunition; correctly described as **Taurus Int. Mfg. Model .44 Magnum Revolver, SN: ZD385912 and 5 rounds of .44 caliber Magnum ammunition;**

8. Taurus PT247G2C, serial number NF059160, containing 10 Rounds of .45 Caliber Ammunition; correctly described as **Taurus Model PT24/7G2C Pistol, SN: NF059160 containing 10 rounds of .45 caliber ammunition;**

9. Izhmash Saiga AK Style rifle, serial number H02102756; correctly described as **Izhmash Model Saiga 7.62 caliber Rifle, SN: H02102756.**

Respectfully submitted this 4th day of April 2025.

                        TIMOTHY COURCHAINE
                        United States Attorney
                        District of Arizona

                        *s/David A. Pimsner*
                        DAVID A. PIMSNER
                        ABBIE BROUGHTON
                        Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I certify that on April 4, 2025, I electronically transmitted the foregoing to the Clerk's Office using the Case Management/Electronic Case Filing System ("CM/ECF"), which will automatically serve a copy via email to all CM/ECF registrants pursuant to Fed. R. Crim. P. 49(3)(A), Local Rule (Criminal) 49.3, and Local Rule Civil 5.5(h).

Mark Rumold
Jami Johnson
Counsel for Defendant, Donald Day Jr.

*s/ Alexandria Gaulin*
U.S. Attorney's Office

3