IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>　vs.<br>Donald Day Jr.,<br>　　　　Defendant. | No. CR-23-08132-PCT-JJT<br><br>**ORDER** |

　　Based upon the United States of America's Unopposed Motion to File an Amended Second Superseding Indictment on the Public Docket (Doc. 167), there being no objection, and good cause appearing;

　　**IT IS ORDERED** granting the United States of America's Unopposed Motion to File an Amended Second Superseding Indictment on the Public Docket (Doc. 167).

　　**IT IS FURTHER ORDERED** that the Amended Second Superseding Indictment be filed on the public docket as an attachment to the original Second Superseding Indictment filed at Doc. 68 on 5/14/2024.

　　Dated this 16th day of April, 2025.

Honorable John J. Tuchi
United States District Judge