IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-08132-PCT-JJT |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| Donald Day Jr., | |
| Defendant. | |

Pursuant to the Government's Motion to Dismiss Count 2 (Doc. 172) and good cause appearing,

**IT IS ORDERED** granting the United States' Motion to Dismiss Count 2 Without Prejudice (Doc. 172).

**IT IS FURTHER ORDERED** that Count 2 of the Second Superseding Indictment is dismissed without prejudice.

Dated this 4th day of June, 2025.

Honorable John J. Tuchi
United States District Judge