TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ABBIE S. BROUGHTON
California State Bar No. 226680
GLENN McCORMICK
Arizona State Bar No. 013328
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Abbie.Broughton@usdoj.gov
Email: Glenn.McCormick@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-23-08132-PCT-JJT |
|---|---|
| Plaintiff, | |
| vs. | **JOINT STATEMENT OF THE CASE** |
| Donald Day Jr., | |
| Defendant. | |

In anticipation of trial on September 15, 2025, the United States of America and Defendant submit the following Joint Proposed Statement of the Case, and requests that the same be read by the Court to the jury in the trial of the above-captioned matter. Counsel for the United States avows that Mark Rumold and Jami Johnson, counsel for Defendant, have reviewed the joint proposed statement of the case, and the portion to which Defendant objects is noted below.

<u>Statement of the Case</u>

This is a federal criminal case. Donald Day Jr. has been charged with one count of making interstate threats, [one count of felon in possession of firearms and ammunition,][1]

---

[1] This count is bracketed because Defendant has indicated that he may enter a pretrial plea to this count.

one count of possession of an unregistered firearm, and one count of threatening federal officials. [*It is alleged that Mr. Day posted a threat on the internet against law enforcement. It is further alleged that in Heber, Arizona, Donald Day possessed nine firearms and approximately 10,000 rounds of ammunition. Mr. Day is also charged with possession of an unregistered short-barrel shotgun. Finally, Mr. Day is charged with making verbal threats against FBI personnel.*][2] Mr. Day denies the charges, has pleaded not guilty, and is presumed innocent unless and until proven guilty beyond a reasonable doubt of those charges.

   Respectfully submitted this 19th Day of August, 2025.

               TIMOTHY COURCHAINE
               United States Attorney
               District of Arizona

               *s/Abbie Broughton*
               ABBIE S. BROUGHTON
               GLENN McCORMICK
               Assistant U.S. Attorneys

**Certificate of Service**

   I hereby certify that on March 25, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

   Mark Rumold
   Jami Johnson
   Attorneys for Defendant

*s/Alexandria Gaulin*
U.S. Attorney's Office

---

[2] Defendant objects to the italicized bracketed language.