UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# JOINT WITNESS LIST   ---   CRIMINAL

☐ Motion to Suppress     ☐ Non-Jury Trial     ☒ Jury Trial

USA vs. Day, Donald Jr.                    CR-23-8132-PCT-JJT
Last, First, Middle Initial                Year-Case No-Deft No-Judge

☒ GOVERNMENT          ☒ DEFENDANT

|     | NAME | G/D | DATE SWORN | DATE APPEARED |
|-----|------|-----|------------|---------------|
| 1.  | Ricky Martin | | | |
| 2.  | David Eck | | | |
| 3.  | Ruthie Yeates | | | |
| 4.  | Dominic Ambrosino | | | |
| 5.  | Nani Jacobsen | | | |
| 6.  | Eric Wong | | | |
| 7.  | Sabrina Spires | | | |
| 8.  | FBI Special Agent Thomas Phillips | | | |
| 9.  | FBI Special Agent Holly Schmidt | | | |
| 10. | FBI Special Agent Matthew Gunty | | | |
| 11. | FBI Special Agent Jason Saitta | | | |
| 12. | FBI Special Agent Thomas Giffin | | | |
| 13. | FBI Special Agent Robert Byrne | | | |
| 14. | FBI Special Agent John Wlasuk | | | |
| 15. | FBI Special Agent Dawn Langston | | | |
| 16. | Glendale PD Detective Tim Newman | | | |

|  | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 17. | FBI Special Agent Daniel Baker | | | |
| 18. | FBI Special Agent Daniel Cabrero | | | |
| 19. | ATF Senior Special Agent Lowell Farley | | | |
| 20. | ATF Firearms and Explosives Services Specialist James Robertson | | | |
| 21. | ATF Firearms Enforcement Officer Nino DeMarco | | | |
| 22. | US Border Patrol Agent Jesse Moore | | | |
| 23. | CBP Physical Scientist Marie Yochum | | | |
| 24. | FBI DNA Analyst Marcy Plaza | | | |
| 25. | FBI Biologist Katherine Mayer | | | |
| 26. | FBI Biologist Margaret Curran | | | |
| 27. | FBI Biologist Patricia Kramer | | | |
| 28. | FBI Biologist Melissa Ramirez | | | |
| 29. | FBI Biologist Emma Weissend | | | |
| 30. | FBI Biologist Eugenia Pontacq | | | |
| 31. | FBI Biologist Lily Wong | | | |
| 32. | FBI Biologist Emily Carver | | | |
| 33. | Retired FBI Special Agent Dawn Martin | | | |
| 34. | Queensland PD Sergeant Andrew Gates | | | |
| 35. | Queensland PD Senior Sergeant Kirsty Gleeson | | | |
| 36. | Queensland PD Senior Constable Jason Neems | | | |
| 37. | Queensland PD Senior Constable Stewart Costello | | | |
| 38. | Queensland PD Detective Sergeant Daniel Pollard | | | |
| 39. | Alejandro Figueroa, CoreCivic Custodian of Records | | | |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 40. | Coconino County Jail Custodian of Records | | | |
| 41. | Coconino County Employee Mia Contreras | | | |
| 42. | FBI IA Jessica Knoerzer | | | |
| 43. | Navajo County Sherriff's Deputy Vincent Palazzolo | | | |
| 44. | | | | |
| 45. | | | | |
| 46. | | | | |
| 47. | | | | |