# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Donald Day, Jr.,<br><br>　　　　Defendant. | No. CR-23-08132-PCT-JJT<br><br>**ORDER** GRANTING MOTION TO CONTINUE JURY TRIAL |

Upon motion of Defendant with no objection from the Government (Doc. 270), and good cause appearing,

**IT IS ORDERED** granting in part and denying in part Defendant's Motion to Continue Trial (Doc. 270), for the reasons stated in Defendant's motion.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from November 6, 2025 to a **FIRM TRIAL date of February 17, 2026 at 9:00 a.m.**

**IT IS FURTHER ORDERED** that no pretrial motions deadline is reset as to the Jury Trial.

**IT IS FURTHER ORDERED** setting a **Final Pretrial Conference for February 10, 2026 at 9:00 a.m.**

**IT IS FURTHER ORDERED** the 2-day **Bench Trial remains set for 10/21/2025 at 9:00 a.m.**  No Pretrial Motions deadline set and no Final Pretrial Conference to be held as to the Bench Trial.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B) will commence from November 7, 2025 to February 17, 2026.

**IT IS FURTHER ORDERED** that the parties shall keep the Court apprised of the possibility of settlement and should settlement be reached, the parties shall notify the Court.

Dated this 25th day of September, 2025.

Honorable John J. Tuchi
United States District Judge