JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700
MARK RUMOLD
California Bar #279060
JAMI JOHNSON
New York Bar #04823373
Asst. Federal Public Defenders
Attorneys for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-23-08132-PCT-JJT |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE SENTENCING** |
| vs. | |
| Donald Day, Jr., | (First Request) |
| Defendant. | (Defendant in custody) |

    Donald Day Jr., through undersigned counsel, respectfully requests the Court continue sentencing in this case, presently set for January 8, 2025, for a period of no less than 30 days. Mr. Day likewise requests a 30-day extension of all related filing deadlines, including the deadline for filing objections to the draft Presentence Report.

    Additional time is necessary for the following reasons: the defense requires additional time to research and prepare objections to the draft Presentence Report. Additional time is also necessary to prepare and present sentencing-specific mitigation and to otherwise effectively prepare Mr. Day for sentencing.

1

Defense counsel has contacted Assistant United States Attorneys Abbie Broughton and Glenn McCormick, who indicated the United States does not object to the relief requested herein.

Respectfully submitted:  December 17, 2025.

JON M. SANDS
Federal Public Defender

 *s/Mark Rumold*
MARK T. RUMOLD
Asst. Federal Public Defender