IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Donald Day, Jr.,<br><br>　　　　　Defendant. | No. CR-23-08132-PCT-JJT<br><br>**ORDER** |

　　　Upon Motion of Defendant, no objection from the Government, and good cause appearing,

　　　**IT IS ORDERED** granting Defendant's Motion to Continue Sentencing.

　　　**IT IS FURTHER ORDERED** continuing sentencing from January 8, 2026, to _____, 2026. All related filing deadlines are continued for an additional 30 days, including the time to file objections to the draft Presentence Report.

　　　Dated this \_\_\_\_ day of _____, 2025.