```
 1                 UNITED STATES ATTORNEY'S OFFICE

 2                      DISTRICT OF ARIZONA

 3  _____

 4  UNITED STATES,

 5          Plaintiff,

        v.                      Case No.
 6
    DONALD DAY JR.,             CR-23-08132-001-PCT-JJT
 7
            Defendant.
 8
    _____
 9
                  INTERVIEW WITH SABRINA SPIRES
10
                     ON DECEMBER 1, 2023
11

12  APPEARANCES:        MR. MATT GUNTY
                        Special Agent (SA)
13                      Federal Bureau of Investigation

14
                        SA HEATHER RIVERA
15                      Special Agent (SA)
                        Federal Bureau of Investigation
16
                        MR. JOHN WLASUK
17                      Special Agent (SA)
                        Federal Bureau of Investigation
18
19                      MR. JASON SAITTA
                        Special Agent (SA)
20                      Federal Bureau of Investigation

21
                        MS. SABRINA SPIRES
22
                        MR. DONALD DAY JR.
23

24

25

26

27

28


                             1
```

# Pp 2 – 71 OMITTED

1    SABRINA SPIRES:  [No audible response]

2    SA RIVERA:  So everything's open, okay. And then, uh,

3  the guns and the (inaudible @ 01:23:16).

4    SABRINA SPIRES:  Yes.

5    SA RIVERA:  Who owns what on that? Not that it's gonna

6  -- we don't give a shit about your (inaudible @ 01:23:23)

7  right. I mean, you get to keep everything, like -- first,

8  we're gonna (decipher?) just so that we (inaudible).

9    SABRINA SPIRES:  Uh, it's all mine, and I grow it.

10   SA RIVERA:  Okay. Okay. Yep. And then the- the

11  different, um, guns are -- so I- I actually don't even

12  know where they're at.

13   SABRINA SPIRES:  Oh, uh, there in this room right

14  here.

15   SA RIVERA:  Okay.

16   SABRINA SPIRES:  Yeah.

17   SA RIVERA:  Is that --

18   SABRINA SPIRES:  They're in the cabinet, and then I

19  also have a gun rack that they're in. And there's a whole

20  bunch of ammo.

21   SA RIVERA:  And they're in there, too?

22   SABRINA SPIRES:  Yeah.

23   SA RIVERA:  Okay. Uh, do you know how many are in

24  there?

25   SABRINA SPIRES:  Uh, I know I have my two ARs, my

26  shotgun, a Marlin 22. Uh, I got a revolver, a 40, I

27  believe, uh, revolver 1911 Glock, Taurus. No I- I've- I've

28  been collecting for a while.

72

Day_013137

1    SA WLASUK:  That woulda been seven.

2    SA RIVERA:  Yeah.

3    SABRINA SPIRES:  Yeah.

4    SA RIVERA:  That's awesome.

5    SABRINA SPIRES:  We're- we're t- in, uh, days and

6  there are days.

7    SA WLASUK:  Monday, Tuesday, Wednesday.

8    SABRINA SPIRES:  Right?

9    SA WLASUK:  Three Thursdays.

10    SABRINA SPIRES:  Three Thursdays, yep.

11    SA RIVERA:  And are any of 'em Don's?

12    SABRINA SPIRES:  No.

13    SA RIVERA:  No?

14    SABRINA SPIRES:  No.

15    SA RIVERA:  He's not a gun person?

16    SABRINA SPIRES:  Uh, no, you know what, yeah, he won't

17  even eat chickens I've butchered. I used to butcher

18  chickens, when we had too many boys, it wasn't -- uh, we

19  were hatching chickens. It wasn't like I was looking to

20  butcher chickens. But no, he would not even eat chickens I

21  would butcher.

22    SA RIVERA:  Really?

23    SABRINA SPIRES:  Yeah, really.

24    SA RIVERA:  (Awesome?) Why is that?

25    SABRINA SPIRES:  Because he knows them and their-

26  their personalities. He's seen so much brutality in this

27  world already that, uh, yeah, he wouldn't -- there were

28  too many (inaudible) (that were @ 01:25:10) killing each

73

Day_013138

# Pp 73 – 165 OMITTED

# Pp 2 – 71
# OMMITTED