```
 1
 2
 3              UNITED STATES v. DONALD DAY, JR.
 4                   CR-23-08132-PCT-JJT
 5
 6
 7
 8  _____
 9        REPORTER'S TRANSCRIPT OF AUDIO FILE LABELED
10         DAY_002272_SPIRES INTERVIEW 2024.01.18
11  _____
12
13
14
15
16
17
18
19
20
21  TRANSCRIBED BY:
22              JENNIFER PAYNE KAELIN, CSR
                  Official Court Reporter
23             Sequoyah County District Court
                  120 E. Chickasaw Avenue
24                Sallisaw, Oklahoma 74955
                  Jenpaynecsr@hotmail.com
25                    (405)623-5160
```

Pp 2-124 OMITTED

1  didn't make out what he said.
2       And so, yeah, snakes two-legged or legless, that's
3  pretty much the biggest threat.  But there's tons of -- I
4  mean, there's -- running out of water is a huge threat out
5  here.
6       SPECIAL AGENT MATT GUNTY:  Yeah.
7       SPECIAL AGENT THOMAS PHILLIPS:  Yeah.
8       MS. SABRINA SPIRES:  Batteries exploding in the
9  wellhouse.  I mean, there's always 1,000,001 things that can
10 go wrong.  Preventative maintenance is key to surviving out
11 here.
12      SPECIAL AGENT THOMAS PHILLIPS:  Sure, yeah.
13      MS. SABRINA SPIRES:  Yeah.
14      SPECIAL AGENT THOMAS PHILLIPS:  Have you always been
15 comfortable around firearms and guns and stuff?
16      MS. SABRINA SPIRES:  Have I always been comfortable --
17      SPECIAL AGENT THOMAS PHILLIPS:  Uh-huh.
18      MS. SABRINA SPIRES:  -- or uncomfortable?
19      SPECIAL AGENT THOMAS PHILLIPS:  No, comfortable.  Yeah.
20      MS. SABRINA SPIRES:  No, I have not always been
21 comfortable.  I -- when I was young, I helped loading ammo
22 and that was fine.  But when my mom found out about it, she
23 freaked out because I'm supposed to be a lady.  I didn't
24 mind it at all.
25      And then I was taken shooting -- out shooting.  Okay.

1   No, I'm trying to go in chronological order of my exposure
2   to guns.
3          First time was taken out hunting, which was amazing,
4   and I loved that, dove hunting.  And accidentally got a
5   quail though, but I got to keep the top feather of the quail
6   and -- yeah, made it into a pendant.  It was awesome.  So
7   that I loved.  That was real -- that was a good experience.
8                        (Loud wind noise.)
9          MS. SABRINA SPIRES:  And then the loading ammo, that
10  was really fun.  That was -- until my mom freaked out.  She
11  freaked out about both of them.  That was really fun.
12         And then I was taken out shooting by somebody else and
13  I was -- that was the only time I've shot a gun before and
14  I'm a kid and was raised on cartoons and TV, you know.  So,
15  of course, what does every kid do after they shoot a weapon
16  is they (Indicating noise.) go to blow off the smoke, just
17  like in the movies.
18         SPECIAL AGENT MATT GUNTY:  Uh-huh.
19         SPECIAL AGENT THOMAS PHILLIPS:  Yeah.
20         MS. SABRINA SPIRES:  Exactly.  They freak the fuck out.
21  I almost died.  I was going to shoot my brains out, blah,
22  blah, blah, blah, blah.  Like, and they were -- they were
23  drinking a little bit, too.  And so I was in trouble and,
24  "Go play over there."  And then I end up finding scorpions
25  and I was just like -- it was -- that was, like, the day

1  that kind of made me kind of think that, "Okay.  Maybe I'm
2  not supposed to be around firearms."
3       SPECIAL AGENT THOMAS PHILLIPS:  Yeah.
4       MS. SABRINA SPIRES:  Because they all freaked out and
5  then I wasn't allowed to be around firearms beforehand.
6  But I've been in previous relationships where just the gun
7  was out on the table and that was fine and I got comfortable
8  with that.  And they would go out shooting all the time.
9  But I was never invited to go shooting.  I was never
10 encouraged to start shooting or anything like that.
11      I've always loved gun movies, though.
12      SPECIAL AGENT THOMAS PHILLIPS:  Yeah?
13      MS. SABRINA SPIRES:  Like actions and stuff like that.
14      SPECIAL AGENT MATT GUNTY:  Uh-huh.
15      MS. SABRINA SPIRES:  It just felt like I needed to be
16 supervised.  Like, I used to blow glass, also --
17      SPECIAL AGENT THOMAS PHILLIPS:  Okay.
18      MS. SABRINA SPIRES:  -- with a kiln and a -- and a
19 stand, a table torch.
20      SPECIAL AGENT THOMAS PHILLIPS:  Uh-huh.
21      MS. SABRINA SPIRES:  And I always felt like I needed to
22 be supervised with that, also, just to have an observer
23 nearby.  So I ended up having my own little bench put on
24 into this garage next to the guy who was teaching me how to
25 blow glass.  And I had -- I was doing that for two years.

1    SPECIAL AGENT THOMAS PHILLIPS:  Hmm.

2    MS. SABRINA SPIRES:  I could easily do it
3 independently.  But still, just having someone around --

4    SPECIAL AGENT MATT GUNTY:  Uh-huh.

5    MS. SABRINA SPIRES:  -- who knows if -- you know, what
6 to keep your eyes on.  If there's going to be something that
7 happens.  And that type of experience makes me a lot more
8 comfortable in those types of positions.

9    SPECIAL AGENT THOMAS PHILLIPS:  Uh-huh.

10   MS. SABRINA SPIRES:  But, yeah, I -- at -- at first I
11 just -- I always wanted to be able to protect myself.
12 Knives have been very -- a -- a -- a lot less intimidating
13 for me.  I really liked playing with knives.  I've learned,
14 you know, abanicos, which are fans.  It's a -- and so
15 that's -- that's like, you know, the -- the 12-step knife
16 move that I learned and I would practice all the time is
17 that.  (Laughter.)

18   SPECIAL AGENT THOMAS PHILLIPS:  Okay.

19   MS. SABRINA SPIRES:  So it's muscle memory, and so you
20 have the muscle memories of the abanico.
21      But when I was a kid, really young with a new stepdad
22 and everything, I would just take the steak knife and sleep
23 with it under my pillow.

24   SPECIAL AGENT MATT GUNTY:  Hmm.

25   MS. SABRINA SPIRES:  I've always been -- felt like I

1   needed protection in some way or another.

2          SPECIAL AGENT THOMAS PHILLIPS:  Okay.

3          MS. SABRINA SPIRES:  And the introduction to guns was

4   amazing psychologically helping me feel like I'm able to

5   protect myself.  I used to have really, really bad

6   nightmares.  And that's one of the reasons Don and I haven't

7   ever slept together really, except for the first year.  But

8   he'd wake up with black eyes and fat lips and shit like

9   that.  (Laughter.)  Like, I punch.  I'm fighting my

10  nightmares.  Like, I am flailer and -- all the time.

11         And that's how it was, like, kids sleepovers and stuff.

12  And they're like, "Sabrina, you were punching my dresser

13  during the night kind of thing."

14         SPECIAL AGENT MATT GUNTY:  Hmm.

15         MS. SABRINA SPIRES:  So no, I've always felt like I've

16  needed defenses.  But I was never encouraged or ever had

17  anybody able to teach me the ways of being able to use

18  firearms, which has helped.

19         SPECIAL AGENT THOMAS PHILLIPS:  Okay.

20         MS. SABRINA SPIRES:  I don't have that many nightmares

21  anymore.

22         SPECIAL AGENT THOMAS PHILLIPS:  Good.

23         MS. SABRINA SPIRES:  Yeah.

24         SPECIAL AGENT MATT GUNTY: Did you go through -- I know

25  you've lived in a couple places between Phoenix and Flag and

Pp 130-176 OMITTED

1  got all the equipment that they needed --
2       SPECIAL AGENT THOMAS PHILLIPS:  Yeah.
3       MS. SABRINA SPIRES:  -- to do anything like that, also.
4       SPECIAL AGENT MATT GUNTY:  Where's your ear?  Where's
5  your ear?  Where is your ear?
6       MS. SABRINA SPIRES:  Right.  I didn't think that she'd
7  want to stay with us.  So when we got her spayed, I was
8  like, "Go ahead and just clip the tip of the ear."  So if
9  she goes and finds other people to be with -- it was the
10 first time they've done that.  (Laughter.)  They clipped a
11 lot more than just the tip, so one of her nicknames is
12 Katana van Gough Fuck Yourself.
13                     (Laughter.)
14      MS. SABRINA SPIRES:  Yeah, so -- yeah, and just all the
15 different types of application.  And I think that was one of
16 the -- also one of the reasons of just making sure that I
17 had different guns for different needs and different
18 purposes before even being put out here in the environment
19 where it's definitely, like, as essential as having a shovel
20 or a pickaxe.
21      SPECIAL AGENT MATT GUNTY:  Yeah.
22      MS. SABRINA SPIRES:  It is another farm tool.
23      SPECIAL AGENT MATT GUNTY:  Tool.
24      SPECIAL AGENT THOMAS PHILLIPS:  Yeah.
25      MS. SABRINA SPIRES:  And the same thing with the

Pp 178-216 OMITTED