EHXIBIT A:
excerpts from 302 from
pretrial interview  3-27-25

FD-302 (Rev. 5-8-10)

- 1 of 7 -

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

Date of entry     03/28/2025

    Sabrina Spires (SPIRES), date of birth ▮▮▮, was interviewed at ▮▮▮ East Woolford Road, Show Low, Arizona ▮▮▮ by FBI Special Agents Thomas Phillips and Holly Schmitt. After being advised of the identity of the interviewing Agents and the nature of the interview, SPIRES provided the following information:

[Agent note: Also present for the pre-trial interview of SPIRES was Assistant United States Attorney Abbie Broughton.]

SPIRES was accompanied by her friend ▮▮▮ for the interview.

    Donald Day's (DAY) defense attorney had attempted to contact SPIRES, but SPIRES had no desire to speak with him. SPIRES had a protective order in place against DAY and inquired about when she should renew it.

    DAY manipulated SPIRES throughout their relationship. SPIRES and DAY were never married, despite DAY claiming that they were. DAY would always tell SPIRES what to say, and what he believed needed to be said. DAY was controlling. DAY would always try to control conversations and control everything SPIRES did. DAY hardly let SPIRES speak and would talk at her instead of talking to her. When asked about SPIRES' handwriting, SPIRES told agents that DAY's control over her was so extreme that she attempted to copy his style of handwriting to make him happy. Everything SPIRES did at the farm was to keep the peace and to try to stay away from DAY.

    DAY told SPIRES that he was born in Ireland, and had murdered his stepfather when he was around 13 or 14 years old. DAY also told SPIRES that he walked to Flagstaff, AZ from Reno, NV after helping a taxi company in Reno, NV make millions of dollars.

    SPIRES was asked why her car and DAY's car had 14th Amendment license plates on them. SPIRES stated that those plates were all DAY's idea, and that SPIRES was not comfortable driving around in public with them. DAY drove the Chevrolet pickup truck and a Toyota 4Runner SUV. DAY did not drive the Toyota Matrix. DAY's Chevrolet pickup truck was his and his alone.

**UNCLASSIFIED//FOUO**

Investigation on  03/27/2025  at  Show Low, Arizona, United States (In Person)

File #  266S-PX-3699349                                           Date drafted  03/28/2025

by  PHILLIPS THOMAS GRIFFIN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Day_012432

**UNCLASSIFIED//FOUO**

266S-PX-3699349

Continuation of FD-302 of (U//FOUO) Interview of Sabrina Spires on 27 March 2025 , On 03/27/2025 , Page 3 of 7

explained that she did everything "to try not to rock the boat."

DAY would consistently tell SPIRES about his violent past and would tell her violent stories. DAY would only watch violent movies and those that showed that law enforcement was the enemy. There were times that SPIRES was seriously concerned about her safety from DAY.



**UNCLASSIFIED//FOUO**

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

266S-PX-3699349

Continuation of FD-302 of (U//FOUO) Interview of Sabrina Spires on 27 March 2025 , On 03/27/2025 , Page 6 of 7



    DAY accompanied SPIRES on almost every gun purchase trip she took. SPIRES specifically remembers that DAY was there when she purchased the 1911 pistol in Flagstaff at Reeder's. SPIRES had never been to "The HUB" store in Show Low, and still has never been there. When DAY and SPIRES lived in Flagstaff, SPIRES would purchase all of their ammunition because it was an opportunity for SPIRES to get away from DAY and talk to her friends. Once the two moved to Heber, DAY made every purchase of ammunition. SPIRES never bought ammunition once they moved to Heber.

    The work shed on the property was DAY's shed. SPIRES confirmed to agents that photograph #24 was DAY's shed. SPIRES rarely went into the shed, and only had a few personal items in there such as a generator. Everything else in the shed belonged to DAY.

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 5-8-10)

SPIRES and DAY had a shooting range on their property. SPIRES confirmed that photograph's #19-21 were of the shooting range. One of the items on their range was a stabilizing tripod. DAY would shoot at least once a year and would supervise SPIRES on the range. DAY taught SPIRES how to shoot, how to clean the guns, and how to clear gun jams. SPIRES knew nothing about guns prior to meeting DAY. DAY would hold the guns while training SPIRES. SPIRES and DAY were conservative with their ammunition. DAY would help SPIRES clean the guns. SPIRES did not like the revolver they had, and did not buy it. SPIRES was not sure where the revolver gun came from.

When shown photograph #22 and #23, SPIRES stated that they had a sniper perch, fortified with sandbags on top of one of the shipping containers on the property. SPIRES also had several sandbags around her garden to protect it. DAY told SPIRES that the sandbags around her garden was a wasteful use of the sandbags. DAY said that they should be used in a more correct manner, like the ones on top of the storage locker. SPIRES made the sniper perch for DAY to make him happy. DAY wanted a perch on their property, so SPIRES dug up all the dirt and made one for him.

Before meeting DAY, SPIRES did not own guns. After meeting DAY, DAY encouraged SPIRES to purchase guns. DAY told SPIRES that he learned all about firearms from his dad in Ireland.



Day_012438