# EHXIBIT B





