# Exhibit A



"Our enemies, Daniel, only understand one language, and that is the language of violence. And men who cannot speak the language of violence through their actions and their limbs have no real chance at defending themselves against the evil that seeks to destroy them. Evil is the only master they recognize."

Serial 91; 1A71

Video title: trim.A6410D36-6C2A-4E2A-88D3-A139B7ADD150 (extracted from Stacey's iPhone)

Bates: PO 5014