# Exhibit B



"You're in my thoughts every day, brother-man. You once told me that we would greet one another on a field of war in the future; a great war, that our Father will hasten us toward- I think on that as well, every day. I highly respect and admire the true spirit of Justice that resides in you, and I look forward to taking the scalps of our enemies alongside of you, in the name of Yeshua and in the service of our Great Father. Please extend our love and regard to your splendid wife, Jane. Stay well, my brother."

Gmail SW return for maleficusthemad@gmail.com

Serial 92; 1A72; DAY_002501

Email: entry#0348673.eml

"New comment on "Breaking news""



Day_013527