# Exhibit C





"There exists the virtue of violence, and then there is the violence of the wicked. I am always ready to kill the wicked, no matter what costume they wear, or through what dubious authority they represent."

YouTube SW return:

32544821-20230328-1 -> https...www.you...xWsiCj7E_vTYpaQ.455341304815.Preserved_001.YoutubeAndYoutubeMusic.CommentsMadeByUser_001 -> YouTube and YouTube Music -> Comments Made By User

Serial 67; 1A53; Bates: DAY_002418_32544821.zip

Line 485

Published: July 16, 2022

Day_013516